NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:21-cr-214

Joseph Padilla
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nat
*(Attorney & Bar ID Number)*

_____
*(Firm Name)*

_____
*(Street Address)*

_____
*(City)           (State)           (Zip)*

_____
*(Telephone Number)*