# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 1:21-CR-00214-JDB |
| v. | : | |
| | : | |
| **JOSEPH LINO PADILLA,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of [17] the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further

**ORDERED** that the United States may provide in discovery sealed materials, pursuant to [14] the previously entered protective order governing discovery; and it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 16, 2021