## In the United States District Court for the District of Columbia

**United States of America**

**v.**                                             Case No. 1:21-cr-214
                                                   The Hon. John D. Bates

**Joseph Padilla.**

### Unopposed Motion to Continue

With apologies to the Court, Counsel requests a continuance of the hearing on Mr. Padilla's Motion to Revoke Detention from April 28, 2021 to May 3, 2021, or a day thereafter that is convenient to the Court. Counsel has an ongoing family emergency that should be resolved by May 3, 2021. The government, through Assistant U.S. Attorneys Puja Bhatia and Jacob Strain, does not oppose a continuance; both are also free on May 3, 2021. Counsel has discussed the continuance with Mr. Padilla who understands and consents to a continuance.

Respectfully Submitted,

/s/ Nathaniel Wenstrup_____

Nathaniel Wenstrup
Assistant Federal Defender
Eastern District of Virginia
(703) 600-0825
1650 King St. #500
Alexandria, VA 22314