**In the United States District Court for the District of Columbia**

**United States of America**

**v.**                                    **Case No. 1:21-cr-214**
                                          **The Hon. John D. Bates**

**Joseph Padilla.**

<u>**Order**</u>

Having considered the DEFENDANT'S MOTION TO CONTINUE (ECF. No. __), the

Motion is hereby granted and the hearing on Mr. Padilla' motion to revoke the detention order is

continued to _____.

It is SO ORDERED.

_____
The Honorable John D. Bates
United States District Judge

Date: