UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH LINO PADILLA,<br>also known as "Jose Padilla,"<br><br>Defendant. | Crim. No. 21-214 (JDB) |

### ORDER

Upon consideration of [15] defendant's Motion to Revoke Detention Order, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: May 4, 2021