# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:21-CR-00214-JDB |
| v. | : | |
| | : | |
| JOSEPH LINO PADILLA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated May 5, 2021, be made part of the record in the above-captioned case.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney

By:   /s/ Puja Bhatia
    PUJA BHATIA
    D.C. Bar No. 1009466
    JACOB J. STRAIN
    Utah Bar No. 12680
    Assistant United States Attorneys
    U.S. Attorney's Office for the District of Columbia
    555 4th Street, N.W.
    Washington, D.C. 20530



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 5, 2021

**<u>DISCOVERY LETTER #2</u>**
Nate Wenstrup, Esq.
*Defense Counsel*

       **Re:**  ***United States v. Jose Padilla***
           <u>**21-CR-214 (JDB)**</u>

Dear Counsel:

  Pursuant to our discovery obligations, I have provided your client's Facebook Search Warrant return via USAfx on May 3, 2021.

  Enclosed as discovery in this case is also discovery production via USAFX that contains materials as described in the attached index.  Please note that discovery in this case is ongoing, with additional materials forthcoming.

  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

  The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1. This material is subject to the terms of the Protective Order issued in this case.

  I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes

2

to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                        By: /s/ Puja Bhatia
                               PUJA BHATIA
                               JACOB STRAIN
                               Assistant United States Attorneys

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Padilla_01 | | | CAP02_000010202 | CAP02_000010202 | 1 | (U) Attempted Interview of Joseph Padilla |
| Padilla_01 | | | CAP02_000010203 | CAP02_000010203 | 1 | (U) JPadilla.JPG |
| Padilla_01 | | | CAP02_000010204 | CAP02_000010205 | 2 | (U) PADILLA - social media review |
| Padilla_01 | | | CAP02_000010206 | CAP02_000010206 | 1 | (U) Jose Padilla - Twitter.pdf |
| Padilla_01 | | | CAP02_000010207 | CAP02_000010243 | 37 | (U) Ghost Soul - thedonaldwin.pdf |
| Padilla_01 | | | CAP02_000010244 | CAP02_000010244 | 1 | (U) Copied video of PADILLA on January 6th |
| Padilla_01 | | | CAP02_000010245 | CAP02_000010245 | 1 | (U) PADILLA fighting at barrier.mp4 |
| Padilla_01 | | | CAP02_000010246 | CAP02_000010246 | 1 | (U) PADILLA throws pole.mp4 |
| Padilla_01 | | | CAP02_000010247 | CAP02_000010247 | 1 | (U) PADILLA pushes fencing.mp4 |
| Padilla_01 | | | CAP02_000010248 | CAP02_000010248 | 1 | (U) PADILLA face and jacket.mp4 |
| Padilla_01 | | | CAP02_000010249 | CAP02_000010249 | 1 | (U) Additional submission of Prosecutive Packages to |
| Padilla_01 | | | CAP02_000010250 | CAP02_000010250 | 1 | (U) PADILLA military records |
| Padilla_01 | | | CAP02_000010251 | CAP02_000010254 | 4 | (U) PADILLA military records |
| Padilla_01 | | | CAP02_000010255 | CAP02_000010258 | 4 | (U) PADILLA - Military records.pdf |
| Padilla_01 | | | CAP02_000010259 | CAP02_000010259 | 1 | (U) MPD officer Powell BWC Jan 6th.mp4 |
| Padilla_01 | | | CAP02_000010260 | CAP02_000010260 | 1 | (U) MPD officer Morris BWC Jan 6th.mp4 |
| Padilla_01 | | | CAP02_000010261 | CAP02_000010261 | 1 | (U) PADILLA throws pole.mp4 |
| Padilla_01 | | | CAP02_000010262 | CAP02_000010262 | 1 | (U) Preservation request to Facebook |
| Padilla_01 | | | CAP02_000010263 | CAP02_000010263 | 1 | (U) Lower West Terrace video clip |
| Padilla_01 | | X | CAP02_000010264 | CAP02_000010264 | 1 | (U) Video clip 1 - USCH Lower W Terrace |
| Padilla_01 | | | CAP02_000010265 | CAP02_000010265 | 1 | (U) JOSEPH LINO PADILLA - face search results |
| Padilla_01 | | | CAP02_000010266 | CAP02_000010385 | 120 | (U) JOSEPH LINO PADILLA - face search results |
| Padilla_01 | | | CAP02_000010386 | CAP02_000010505 | 120 | (U) Jose Lino Padilla face search results.pdf |
| Padilla_01 | | | CAP02_000010506 | CAP02_000010506 | 1 | (U) OVH - Canadian server hosting thedonald.win |
| Padilla_01 | | | CAP02_000010507 | CAP02_000010507 | 1 | (U) Body camera of Officer Jayson Cropper |
| Padilla_01 | | | CAP02_000010508 | CAP02_000010508 | 1 | (U) Additional video located - ABQ RAW |
| Padilla_01 | | | CAP02_000010509 | CAP02_000010510 | 2 | (U) Capitol case - Youtube preservation letter.pdf |
| Padilla_01 | | | CAP02_000010511 | CAP02_000010513 | 3 | (U) ABQ RAW video - Padilla with pole |
| Padilla_01 | | | CAP02_000010514 | CAP02_000010514 | 1 | (U) Google preservation response - ABQ RAW.pdf |
| Padilla_01 | | | CAP02_000010515 | CAP02_000010519 | 5 | (U//FOUO) Videos Captured of AFO BOLO 189 At U.S. |
| Padilla_01 | | | CAP02_000010520 | CAP02_000010520 | 1 | (U//FOUO) gettyimages-1294954885-640_adpp.mp4 |
| Padilla_01 | | | CAP02_000010521 | CAP02_000010521 | 1 | (U//FOUO) Tensions-Rise---Chaos-at-the-Capitol--- |
| Padilla_01 | | | CAP02_000010522 | CAP02_000010522 | 1 | (U//FOUO) IMG_0166.PNG.jpeg |
| Padilla_01 | | | CAP02_000010523 | CAP02_000010523 | 1 | (U//FOUO) DC-1-6-21-2---YouTube.mp4 |
| Padilla_01 | | | CAP02_000010524 | CAP02_000010524 | 1 | (U//FOUO) IMG_0171.PNG.jpeg |
| Padilla_01 | | | CAP02_000010525 | CAP02_000010525 | 1 | (U//FOUO) IMG_0165.PNG.jpeg |
| Padilla_01 | | | CAP02_000010526 | CAP02_000010526 | 1 | (U//FOUO) IMG_0168.PNG.jpeg |
| Padilla_01 | | | CAP02_000010527 | CAP02_000010527 | 1 | (U//FOUO) IMG_0170.PNG.jpeg |
| Padilla_01 | | | CAP02_000010528 | CAP02_000010528 | 1 | (U//FOUO) IMG_0167.PNG.jpeg |
| Padilla_01 | | | CAP02_000010529 | CAP02_000010532 | 4 | (U//FOUO) Surveillance at 2020 Bates Pike SE, |
| Padilla_01 | | | CAP02_000010533 | CAP02_000010533 | 1 | (U) PADILLA Complaint & Arrest warrant |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Padilla_01 | | | CAP02_000010534 | CAP02_000010535 | 2 | (U) JOSEPH PADILLA -21-mj-252 SIGNED Arrest |
| Padilla_01 | | | CAP02_000010536 | CAP02_000010546 | 11 | (U) JOSEPH PADILLA 21-mj-252 SIGNED Complaint - |
| Padilla_01 | | | CAP02_000010547 | CAP02_000010547 | 1 | (U) JOSEPH PADILLA - 21-mj-252 SIGNED |
| Padilla_01 | | | CAP02_000010548 | CAP02_000010548 | 1 | (U) JOSEPH PADILLA -21-mj-252 SIGNED Redacted |
| Padilla_01 | | | CAP02_000010549 | CAP02_000010549 | 1 | (U) ARREST OF JOSEPH PADILLA |
| Padilla_01 | | | CAP02_000010550 | CAP02_000010550 | 1 | (U) Padilla_Mug.JPG |
| Padilla_01 | | | CAP02_000010551 | CAP02_000010552 | 2 | (U) JOSEPH+PADILLA+-21-mj- |
| Padilla_01 | | | CAP02_000010553 | CAP02_000010553 | 1 | (U) PADILLA Advice of Rights.pdf |
| Padilla_01 | | | CAP02_000010554 | CAP02_000010555 | 2 | (U) PADILLA TOC Log.pdf |
| Padilla_01 | | | CAP02_000010556 | CAP02_000010556 | 1 | (U) Interview of Rebekah Padilla |
| Padilla_01 | | | CAP02_000010557 | CAP02_000010557 | 1 | (U) RPadilla.jpg |
| Padilla_01 | | | CAP02_000010558 | CAP02_000010558 | 1 | (U) GEO Fence results - PADILLA cell phone |
| Padilla_01 | | | CAP02_000010559 | CAP02_000010569 | 11 | (U) PADILLA - GEO Fence results.pdf |
| Padilla_01 | | | CAP02_000010570 | CAP02_000010570 | 1 | (U) JWalkowiak.JPG |
| Padilla_01 | | | CAP02_000010571 | CAP02_000010572 | 2 | (U) Search Warrant Executed at the residence of |
| Padilla_01 | | | CAP02_000010573 | CAP02_000010588 | 16 | (U) PADILLA SW Return.pdf |
| Padilla_01 | | | CAP02_000010589 | CAP02_000010639 | 51 | (U) PADILLA SW Application.pdf |
| Padilla_01 | | | CAP02_000010640 | CAP02_000010646 | 7 | (U) Padilla SW Docs.pdf |
| Padilla_01 | | | CAP02_000010647 | CAP02_000010647 | 1 | (U) CD of photos |
| Padilla_01 | | | CAP02_000010648 | CAP02_000010655 | 8 | (U) PADILLA SW.pdf |
| Padilla_01 | | | CAP02_000010656 | CAP02_000010656 | 1 | (U) Joseph Padilla arrest and search warrant execution |
| Padilla_01 | | | CAP02_000010657 | CAP02_000010657 | 1 | (U) Service of search warrant on Facebook |
| Padilla_01 | | | CAP02_000010658 | CAP02_000010703 | 46 | (U) PADILLA - Facebook - SIGNED 21sc922 Search |
| Padilla_01 | | | CAP02_000010704 | CAP02_000010705 | 2 | (U) Facebook response - service of search warrant.pdf |
| Padilla_01 | | | CAP02_000010706 | CAP02_000010706 | 1 | (U) Indictment of JOSEPH PADILLA |
| Padilla_01 | | | CAP02_000010707 | CAP02_000010712 | 6 | (U) Joseph Padilla Indictment (Filed).pdf |
| Padilla_01 | | | CAP02_000010713 | CAP02_000010713 | 1 | (U) Joseph Padilla Criminal History |
| Padilla_01 | | | CAP02_000010714 | CAP02_000010716 | 3 | (U) Joseph Padilla Criminal History |
| Padilla_01 | | | CAP02_000010717 | CAP02_000010719 | 3 | (U) eAgent_Report_Padilla.docx |
| Padilla_01 | | | CAP02_000010720 | CAP02_000010720 | 1 | (U//FOUO) Baseline Checks for Joseph Padilla |
| Padilla_01 | | | CAP02_000010721 | CAP02_000010722 | 2 | (U//FOUO) Baseline Checks for Joseph Padilla |
| Padilla_01 | | | CAP02_000010723 | CAP02_000010724 | 2 | (U//LES) Joseph Padilla BB Card.docx |
| Padilla_01 | | | CAP02_000010725 | CAP02_000010725 | 1 | (U) Preservation Letter to Oath Holdings, Inc |
| Padilla_01 | | | CAP02_000010726 | CAP02_000010727 | 2 | (U) Preservation Letter to Oath Holdings, Inc |
| Padilla_01 | | | CAP02_000010728 | CAP02_000010729 | 2 | (U) Oath preservatin request 22421170731.pdf |
| Padilla_01 | | | CAP02_000010730 | CAP02_000010730 | 1 | (U) Preservation Letter to Microsoft Corporation USA |
| Padilla_01 | | | CAP02_000010731 | CAP02_000010732 | 2 | (U) Preservation Letter to Microsoft Corporation USA |
| Padilla_01 | | | CAP02_000010733 | CAP02_000010734 | 2 | (U) micrsoft preservation 174131.pdf |
| Padilla_01 | | | CAP02_000010735 | CAP02_000010735 | 1 | (U) DEKXI - Forensic Images & Extractions for 1B4, 1B5 |
| Padilla_01 | | | CAP02_000010736 | CAP02_000010736 | 1 | (U) DEKX2- Analysis Results of 1B4, 1B5 |
| Padilla_01 | | | CAP02_000010737 | CAP02_000010737 | 1 | (U) DEKX3- X-Ways Processing Files |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Padilla_01 | | | CAP02_000010738 | CAP02_000010738 | 1 | (U) Video Footage received from Cleveland PD |
| Padilla_01 | | | CAP02_000010739 | CAP02_000010739 | 1 | (U) body cam and interview room video |
| Padilla_01 | | | CAP02_000010740 | CAP02_000010740 | 1 | (U) Preservation Request |
| Padilla_01 | | | CAP02_000010741 | CAP02_000010742 | 2 | (U) Preservation Request |
| Padilla_01 | | | CAP02_000010743 | CAP02_000010744 | 2 | (U) google preservation 134322.pdf |
| Padilla_01 | | | CAP02_000010745 | CAP02_000010745 | 1 | (U) Documentation of the Disposition of Evidence |
| Padilla_01 | | | CAP02_000010746 | CAP02_000010746 | 1 | (U) Documentation of the Disposition of Evidence |
| Padilla_01 | | | CAP02_000010747 | CAP02_000010752 | 6 | (U) Doc0529.pdf |
| Padilla_01 | | | CAP02_000010753 | CAP02_000010753 | 1 | (U) Receipt of Jail Calls from Bradley County Sheriff's |
| Padilla_01 | | | CAP02_000010754 | CAP02_000010754 | 1 | (U) Jail calls DVD |