**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 1:21-CR-00214-JDB** |
| **v.** | : | |
| | : | |
| **JOSEPH LINO PADILLA,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE OF FILING</u>**

The Government requests that the attached discovery letter, dated **May 6, 2021,** be made

part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney


By:    <u>*/s/ Jacob J. Strain*</u>
PUJA BHATIA
D.C. Bar No. 1009466
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**May 6, 2021**

**_DISCOVERY LETTER #1_**

Nate Wenstrup, Esq.
*Defense Counsel*

                             Re:       *United States v. Jose Padilla*
                                          <u>21-CR-214 (JDB)</u>

Dear Counsel:


Pursuant to our discovery obligations, we have provided the following files via USAfx on May 6, 2021. Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

- PADILLA - 302s – WFO
    - 302 - Additional_video_located_-_ABQ_RAW.pdf
    - 302 - Attempted_Interview_of_Joseph_Padilla.pdf
    - 302 - Body_camera_of_Officer_Jayson_Cropper.pdf
    - 302 - Copied_video_of_PADILLA_on_January_6th.pdf
    - 302 - GEO_Fence_results_-_PADILLA_cell_phone.pdf
    - 302 - Lower_West_Terrace_video_clip.pdf
    - 302 - OVH_-_Canadian_server_hosting_thedonald.win.pdf
    - 302 - PADILLA - social media review.pdf
    - 302 - PADILLA_Complaint_&_Arrest_warrant.pdf
- PADILLA - Additonal Discovery items added March 31st
    - 302 - Indictment_of_JOSEPH_PADILLA.pdf
    - 302 - Joseph_Padilla_arrest_and_search_warrant_execution.pdf
    - 302 - Service_of_search_warrant_on_Facebook.pdf

- o  Facebook response - service of search warrant.pdf
- o  J Walkowiak - Interview Notes.pdf
- o  Joseph Padilla Indictment (Filed).pdf
- o  PADILLA - Facebook - SIGNED 21sc922 Search Warrant - corrected.pdf
- o  PADILLA+SW+Application.pdf
- o  Padilla+SW+Docs.pdf
- o  PADILLA+SW+Return.pdf
- o  PADILLA+SW.pdf
- o  Photo of J Walkowiak.JPG
- PADILLA - Analysis Results of Evidence Items 1B4 & 1B5
  - o  1609939286575.jpg
  - o  1609939505085.jpg
  - o  1609940194416.jpg
  - o  1609941495244.jpg
  - o  1609941532882.jpg
  - o  1609943544874.jpg
  - o  1609948779615.jpg
  - o  1609954589442.jpg
  - o  1609962116204.jpg
  - o  1609963853788.jpg
  - o  1609963887959.jpg
  - o  1610027411941.jpg
  - o  1610028347315.jpg
  - o  1610028466812.jpg
  - o  1610128817025.jpg
  - o  1610128817766.jpg
  - o  20180413a-doj-oig-mccabe-report.pdf
  - o  20201211095715842_TX-v-State-MPI-Reply-2020-12-11.pdf
  - o  20210106_080618.jpg
  - o  20210106_080623.jpg
  - o  20210106_082147.jpg
  - o  20210106_082149.jpg
  - o  20210106_082151.jpg
  - o  20210106_082252.jpg
  - o  20210106_082254.jpg
  - o  20210106_082256.jpg
  - o  20210106_082310.jpg
  - o  20210106_083402.mp4
  - o  20210106_083502.jpg
  - o  20210106_085404.jpg
  - o  20210106_085410.jpg
  - o  20210106_085825.jpg
  - o  20210106_085836.jpg

- o 20210106_085904.jpg
- o 20210106_085905.jpg
- o 20210106_085907.jpg
- o 20210106_101652.mp4
- o 20210106_101714.jpg
- o 20210106_115600.jpg
- o 20210106_115603.jpg
- o 20210106_115605.jpg
- o 20210106_115607.jpg
- o 20210106_131052.jpg
- o 20210106_131105.jpg
- o 20210106_131107.jpg
- o 20210106_144200.jpg
- o 20210106_144202.jpg
- o 20210106_150724.jpg
- o 20210106_150727.jpg
- o 20210106 151058.jpg
- o 20210107_084816.jpg
- o 20210107_084818.jpg
- o 20210107_084825.jpg
- o 20210107_084829.jpg
- o 20210107_084913.jpg
- o 20210107_084916.jpg
- o 20210107_084921.jpg
- o 20210107_084925.jpg
- o 20210107_084930.jpg
- o 20210107_084954.jpg
- o 20210107_085017.jpg
- o 20210107_085019.jpg
- o 20210107_090616.jpg
- o AnalysisResults.html
- o Case Report.css
- o election-crimes-lawsuit.pdf
- o QKX2-AnalysisResults.html
- o Resized_20210106_082151_6087.jpeg
- o Resized_20210106_082310_4061.jpeg
- o Resized_20210106_115600_4059.jpeg
- o Resized_20210106_115605_2714.jpeg
- o Resized_20210106_115607_8966.jpeg
- o ri_federal_criminal_brochure.pdf
- o yD8eRylm.png
- • PADILLA - Facebook search warrant data
  - o 3913470478700052_affidavit.pdf

- o index.html
- o PADILLA - Facebook search warrant response - 879764529254399.pdf
- o PADILLA - responsive data from Facebook.pdf
- o preservation-1.html
- o preservation-2.html
- o README.txt
- PADILLA - KNOXVILLE files - FAST TRACK DISCOVERY
  - o 266O-KX-3391635_0000002.pdf
  - o 266O-KX-3391635_0000002_Import.docx
  - o 266O-KX-3391635_0000003.pdf
  - o 266O-KX-3391635_0000003_Import.docx
  - o 266O-KX-3391635_0000007.pdf
  - o 266O-KX-3391635_0000007_Import.pdf
  - o 266O-KX-3391635_0000008.pdf
  - o 266O-KX-3391635_0000008_Import.pdf
  - o 266O-KX-3391635_0000014.pdf
  - o 266O-KX-3391635_0000019.pdf
  - o 266O-KX-3391635_0000021.pdf
  - o 266O-KX-3391635_0000022.pdf
  - o 266O-KX-3391635_0000022_1A0000010_0000001_PHYSICAL.pdf
  - o 266O-KX-3391635_0000023.pdf
  - o 266O-KX-3391635_0000023_Import.pdf
  - o 266O-KX-3391635_0000024.pdf
  - o 266O-KX-3391635_0000024_1A0000011_0000001.pdf
  - o 266O-KX-3391635_0000028.pdf
  - o 266O-KX-3391635_0000028_1A0000012_0000001_PHYSICAL.pdf
- PADILLA - other attachments
  - o Capitol case - Youtube preservation letter.pdf
  - o Ghost Soul - thedonaldwin.pdf
  - o Google preservation response - ABQ RAW.pdf
  - o Jose Padilla - Facebook.pdf
  - o Jose Padilla - Twitter.pdf
  - o PADILLA - Facebook Preservation Letter signed.pdf
  - o PADILLA - GEO Fence results.pdf
- PADILLA - Updated REDACTED items as of May 6, 2021
  - o 0176-WF-3366759-PADILLA_0000041_1A0000009_0000001.pdf
  - o 0176-WF-3366759-PADILLA_0000043.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000001.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000002.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000003.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000004.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000005.pdf
  - o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000006.pdf

- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000007.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000008.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000009.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000010.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000011.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000012.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000013.pdf
- o 0176-WF-3366759-PADILLA_0000043_1A0000027_0000014.pdf
- o 0176-WF-3366759-PADILLA_0000045.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000003.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000007.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000011_Redacted.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000012_Redacted.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000016_Redacted.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000017_Redacted.pdf
- o 0176-WF-3366759-PADILLA_0000045_1A0000028_0000020_Redacted.pdf
- o PADILLA - Military records_Redacted.pdf
- o PADILLA Tip 1 - 01_09_2021 Anonymous_tipster.pdf
- o PADILLA Tip 2 - info from REDACTED.pdf
- o PADILLA Tip 3 - E-Tip__Kelley_Cyr_Reporting_Possible_Identification_of_Individual_Involved_r.pdf
- o PADILLA Tip 4 - E-Tip__Possible_Identification_of_An_Individual_Involved_with_an_Assault_r.pdf
- o PADILLA Tip 5 - E-Tip__Matthew_Penwell_as_Possible_Identification_of_An_Individual_Involved_r.pdf
- o PADILLA Tip 6 - E-Tip__Possible_Identification_of_An_Individual_Involved_with_an_Assault_r.pdf
- o PADILLA Tip 7 - E-Tip__Possible_Identification_of_an_Individual_Involved_with_an_Assault_r.pdf
- o PADILLA Tip 8 - TTK_Review_-Public_Tip_submitted_through_http___www.fbi.gov_USCapitol_r.pdf
- • PADILLA - WFO files - FAST TRACK Discovery
  - o 0176-WF-3366759-PADILLA_0000003.pdf
  - o 0176-WF-3366759-PADILLA_0000003_1A0000003_0000001.JPG
  - o 0176-WF-3366759-PADILLA_0000004.pdf
  - o 0176-WF-3366759-PADILLA_0000004_1A0000004_0000001.pdf
  - o 0176-WF-3366759-PADILLA_0000004_1A0000005_0000001.pdf
  - o 0176-WF-3366759-PADILLA_0000008.pdf
  - o 0176-WF-3366759-PADILLA_0000008_1A0000008_0000001.mp4
  - o 0176-WF-3366759-PADILLA_0000008_1A0000008_0000002.mp4
  - o 0176-WF-3366759-PADILLA_0000008_1A0000008_0000003.mp4
  - o 0176-WF-3366759-PADILLA_0000008_1A0000008_0000004.mp4

- 0176-WF-3366759-PADILLA_0000009.pdf
- 0176-WF-3366759-PADILLA_0000010.pdf
- 0176-WF-3366759-PADILLA_0000011_1A0000010_0000001.mp4
- 0176-WF-3366759-PADILLA_0000011_1A0000010_0000002.mp4
- 0176-WF-3366759-PADILLA_0000012_1A0000011_0000001.mp4
- 0176-WF-3366759-PADILLA_0000013.pdf
- 0176-WF-3366759-PADILLA_0000015.pdf
- 0176-WF-3366759-PADILLA_0000016.pdf
- 0176-WF-3366759-PADILLA_0000019.pdf
- 0176-WF-3366759-PADILLA_0000020.pdf
- 0176-WF-3366759-PADILLA_0000026.pdf
- 0176-WF-3366759-PADILLA_0000026_1A0000018_0000001.pdf
- 0176-WF-3366759-PADILLA_0000026_1A0000018_0000003.pdf
- 0176-WF-3366759-PADILLA_0000027.pdf
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000001.mp4
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000002.mp4
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000003.jpeg
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000004.mp4
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000005.jpeg
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000006.jpeg
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000007.jpeg
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000008.jpeg
- 0176-WF-3366759-PADILLA_0000027_1A0000005_0000009.jpeg
- 0176-WF-3366759-PADILLA_0000030.pdf
- 0176-WF-3366759-PADILLA_0000031.pdf
- 0176-WF-3366759-PADILLA_0000031_1A0000021_0000001.pdf
- 0176-WF-3366759-PADILLA_0000031_1A0000021_0000002.pdf
- 0176-WF-3366759-PADILLA_0000031_1A0000021_0000003.pdf
- 0176-WF-3366759-PADILLA_0000031_1A0000021_0000004.pdf
- 0176-WF-3366759-PADILLA_0000032.pdf
- 0176-WF-3366759-PADILLA_0000032_1A0000001_0000001.JPG
- 0176-WF-3366759-PADILLA_0000032_1A0000001_0000002.pdf
- 0176-WF-3366759-PADILLA_0000032_1A0000002_0000001.pdf
- 0176-WF-3366759-PADILLA_0000032_1A0000002_0000002.pdf
- 0176-WF-3366759-PADILLA_0000033.pdf
- 0176-WF-3366759-PADILLA_0000033_1A0000003_0000001.jpg
- 0176-WF-3366759-PADILLA_0000034.pdf
- 0176-WF-3366759-PADILLA_0000034_1A0000022_0000001.pdf
- 0176-WF-3366759-PADILLA_0000036_1A0000007_0000001.pdf
- 0176-WF-3366759-PADILLA_0000036_1A0000007_0000002.JPG
- 0176-WF-3366759-PADILLA_0000036_Redacted.pdf
- 0176-WF-3366759-PADILLA_0000037.pdf
- 0176-WF-3366759-PADILLA_0000037_1A0000008_0000001.pdf

- o 0176-WF-3366759-PADILLA_0000037_1A0000008_0000002.pdf
- o 0176-WF-3366759-PADILLA_0000037_1A0000008_0000003.pdf
- o 0176-WF-3366759-PADILLA_0000037_1A0000008_0000004_PHYSICAL.pdf
- o 0176-WF-3366759-PADILLA_0000037_1A0000008_0000005.pdf
- o 0176-WF-3366759-PADILLA_0000038.pdf
- o 0176-WF-3366759-PADILLA_0000038_1A0000023_0000001_PHYSICAL.pdf
- o 0176-WF-3366759-PADILLA_0000039.pdf
- o 0176-WF-3366759-PADILLA_0000039_1A0000024_0000001.pdf
- o 0176-WF-3366759-PADILLA_0000039_1A0000025_0000001.pdf
- o 0176-WF-3366759-PADILLA_0000040.pdf
- o 0176-WF-3366759-PADILLA_0000040_1A0000026_0000001.pdf
- Padilla Docs
  - o eAgent_Report_Padilla.docx
  - o FD302_ARREST_OF_JOSEPH_PADILLA.pdf
  - o FD302_Interview_of_Rebekah_Padilla.pdf
  - o FD302_Search_Warrant_Executed_at_the_residence_of_Joseph_Padilla.pdf
  - o FD302_Surveillance.pdf
- Padilla Interview Room
  - o RM122A_20210223081547.avi
  - o RM122A_20210223082905.avi
  - o RM122A_20210223083357.avi
  - o RM122A_20210223084719.avi
  - o RM122A_20210223085211.avi
- Padilla Jail Phone Calls
  - o 10.62.0.21-db111c800a3e00155385af56ee64b2e1.cdr
  - o 10.62.0.21-db111c800a3e00155385af56ee64b2e1.mp3
  - o 10.62.0.21-db111c800a3e00155385af56ee64b2e1.ogg
  - o 10.62.0.21-db111c800a3e00155385af56ee64b2e1.wav
  - o 10.62.0.21-db111c800a3e00155385af56ee64b2e1_gsm.wav
  - o 10.62.0.21-de940e740a3e00155385af5636fb5b36.cdr
  - o 10.62.0.21-de940e740a3e00155385af5636fb5b36.mp3
  - o 10.62.0.21-de940e740a3e00155385af5636fb5b36.ogg
  - o 10.62.0.21-de940e740a3e00155385af5636fb5b36.wav
  - o 10.62.0.21-de940e740a3e00155385af5636fb5b36_gsm.wav
  - o 10.62.0.21-ea5ea8ec0a3e00155385af56fce125ce.cdr
  - o 10.62.0.21-ea5ea8ec0a3e00155385af56fce125ce.mp3
  - o 10.62.0.21-ea5ea8ec0a3e00155385af56fce125ce.ogg
  - o 10.62.0.21-ea5ea8ec0a3e00155385af56fce125ce.wav
  - o 10.62.0.21-ea5ea8ec0a3e00155385af56fce125ce_gsm.wav
  - o 10.65.0.21-d1e039a50a41001571fca778ea923ec5.cdr
  - o 10.65.0.21-d1e039a50a41001571fca778ea923ec5.mp3
  - o 10.65.0.21-d1e039a50a41001571fca778ea923ec5.ogg
  - o 10.65.0.21-d1e039a50a41001571fca778ea923ec5.wav

- 10.65.0.21-d1e039a50a41001571fca778ea923ec5_gsm.wav
- 10.65.0.21-d48cc9c40a41001571fca7788a96c03b_1.cdr
- 10.65.0.21-d48cc9c40a41001571fca7788a96c03b_1.mp3
- 10.65.0.21-d48cc9c40a41001571fca7788a96c03b_1.ogg
- 10.65.0.21-d48cc9c40a41001571fca7788a96c03b_1.wav
- 10.65.0.21-d48cc9c40a41001571fca7788a96c03b_1_gsm.wav
- 10.65.0.21-db02be430a41001571fca778872b73a6.cdr
- 10.65.0.21-db02be430a41001571fca778872b73a6.mp3
- 10.65.0.21-db02be430a41001571fca778872b73a6.ogg
- 10.65.0.21-db02be430a41001571fca778872b73a6.wav
- 10.65.0.21-db02be430a41001571fca778872b73a6_gsm.wav
- 10.66.0.21-dae4da7d0a4200156b7196e4e3a870ed.cdr
- 10.66.0.21-dae4da7d0a4200156b7196e4e3a870ed.mp3
- 10.66.0.21-dae4da7d0a4200156b7196e4e3a870ed.ogg
- 10.66.0.21-dae4da7d0a4200156b7196e4e3a870ed.wav
- 10.66.0.21-dae4da7d0a4200156b7196e4e3a870ed_gsm.wav
- 10.66.0.21-ef708c8f0a4200156b7196e4cd233fa1.cdr
- 10.66.0.21-ef708c8f0a4200156b7196e4cd233fa1.mp3
- 10.66.0.21-ef708c8f0a4200156b7196e4cd233fa1.ogg
- 10.66.0.21-ef708c8f0a4200156b7196e4cd233fa1.wav
- 10.66.0.21-ef708c8f0a4200156b7196e4cd233fa1_gsm.wav
- 10.67.0.21-d1429d060a43001565c530daa6e1238f.cdr
- 10.67.0.21-d1429d060a43001565c530daa6e1238f.mp3
- 10.67.0.21-d1429d060a43001565c530daa6e1238f.ogg
- 10.67.0.21-d1429d060a43001565c530daa6e1238f.wav
- 10.67.0.21-d1429d060a43001565c530daa6e1238f_gsm.wav
- 10.68.0.21-decf6aac0a440015710fa338688ad773.cdr
- 10.68.0.21-decf6aac0a440015710fa338688ad773.mp3
- 10.68.0.21-decf6aac0a440015710fa338688ad773.ogg
- 10.68.0.21-decf6aac0a440015710fa338688ad773.wav
- 10.68.0.21-decf6aac0a440015710fa338688ad773_gsm.wav
- 10.68.0.21-e5242a9b0a440015710fa33816ef1e31.cdr
- 10.68.0.21-e5242a9b0a440015710fa33816ef1e31.mp3
- 10.68.0.21-e5242a9b0a440015710fa33816ef1e31.ogg
- 10.68.0.21-e5242a9b0a440015710fa33816ef1e31.wav
- 10.68.0.21-e5242a9b0a440015710fa33816ef1e31_gsm.wav
- 10.80.0.21-e01461ac0a50001515d9e55b1a65d3d6.cdr
- 10.80.0.21-e01461ac0a50001515d9e55b1a65d3d6.mp3
- 10.80.0.21-e01461ac0a50001515d9e55b1a65d3d6.ogg
- 10.80.0.21-e01461ac0a50001515d9e55b1a65d3d6.wav
- 10.80.0.21-e01461ac0a50001515d9e55b1a65d3d6_gsm.wav
- 10.80.0.21-e8d361330a50001515d9e55b0a913f34.cdr
- 10.80.0.21-e8d361330a50001515d9e55b0a913f34.mp3

- o  10.80.0.21-e8d361330a50001515d9e55b0a913f34.ogg
- o  10.80.0.21-e8d361330a50001515d9e55b0a913f34.wav
- o  10.80.0.21-e8d361330a50001515d9e55b0a913f34_gsm.wav
- o  10.81.0.21-de9003760a51001557bb2fc4d92aea5f.cdr
- o  10.81.0.21-de9003760a51001557bb2fc4d92aea5f.mp3
- o  10.81.0.21-de9003760a51001557bb2fc4d92aea5f.ogg
- o  10.81.0.21-de9003760a51001557bb2fc4d92aea5f.wav
- o  10.81.0.21-de9003760a51001557bb2fc4d92aea5f_gsm.wav
- o  10.81.0.21-ea7905c30a51001557bb2fc4cafe8f62.cdr
- o  10.81.0.21-ea7905c30a51001557bb2fc4cafe8f62.mp3
- o  10.81.0.21-ea7905c30a51001557bb2fc4cafe8f62.ogg
- o  10.81.0.21-ea7905c30a51001557bb2fc4cafe8f62.wav
- o  10.81.0.21-ea7905c30a51001557bb2fc4cafe8f62_gsm.wav
- o  10.82.0.21-dff5b9c60a5200153cbdcad40034c66f.cdr
- o  10.82.0.21-dff5b9c60a5200153cbdcad40034c66f.mp3
- o  10.82.0.21-dff5b9c60a5200153cbdcad40034c66f.ogg
- o  10.82.0.21-dff5b9c60a5200153cbdcad40034c66f.wav
- o  10.82.0.21-dff5b9c60a5200153cbdcad40034c66f_gsm.wav
- o  10.83.0.21-d47bdcba0a5300157bfaa58848135f51_1.cdr
- o  10.83.0.21-d47bdcba0a5300157bfaa58848135f51_1.mp3
- o  10.83.0.21-d47bdcba0a5300157bfaa58848135f51_1.ogg
- o  10.83.0.21-d47bdcba0a5300157bfaa58848135f51_1.wav
- o  10.83.0.21-d47bdcba0a5300157bfaa58848135f51_1_gsm.wav
- o  10.83.0.21-e06daea00a5300157bfaa5884a8db17d.cdr
- o  10.83.0.21-e06daea00a5300157bfaa5884a8db17d.mp3
- o  10.83.0.21-e06daea00a5300157bfaa5884a8db17d.ogg
- o  10.83.0.21-e06daea00a5300157bfaa5884a8db17d.wav
- o  10.83.0.21-e06daea00a5300157bfaa5884a8db17d_gsm.wav
- o  10.83.0.21-e91e2b0f0a5300157bfaa5882e351593.cdr
- o  10.83.0.21-e91e2b0f0a5300157bfaa5882e351593.mp3
- o  10.83.0.21-e91e2b0f0a5300157bfaa5882e351593.ogg
- o  10.83.0.21-e91e2b0f0a5300157bfaa5882e351593.wav
- o  10.83.0.21-e91e2b0f0a5300157bfaa5882e351593_gsm.wav
- o  10.83.0.21-f4ce7d6a0a5300157bfaa5888d7311da.cdr
- o  10.83.0.21-f4ce7d6a0a5300157bfaa5888d7311da.mp3
- o  10.83.0.21-f4ce7d6a0a5300157bfaa5888d7311da.ogg
- o  10.83.0.21-f4ce7d6a0a5300157bfaa5888d7311da.wav
- o  10.83.0.21-f4ce7d6a0a5300157bfaa5888d7311da_gsm.wav
- o  10.84.0.21-efcb717a0a5400154441ec5aec5daf9f.cdr
- o  10.84.0.21-efcb717a0a5400154441ec5aec5daf9f.mp3
- o  10.84.0.21-efcb717a0a5400154441ec5aec5daf9f.ogg
- o  10.84.0.21-efcb717a0a5400154441ec5aec5daf9f.wav
- o  10.84.0.21-efcb717a0a5400154441ec5aec5daf9f_gsm.wav

- o 10.84.0.21-f482e08b0a5400154441ec5a07059057.cdr
  - o 10.84.0.21-f482e08b0a5400154441ec5a07059057.mp3
  - o 10.84.0.21-f482e08b0a5400154441ec5a07059057.ogg
  - o 10.84.0.21-f482e08b0a5400154441ec5a07059057.wav
  - o 10.84.0.21-f482e08b0a5400154441ec5a07059057_gsm.wav
  - o 10.89.0.21-dea2eff50a5900150e1c84a5810ef3b8.cdr
  - o 10.89.0.21-dea2eff50a5900150e1c84a5810ef3b8.mp3
  - o 10.89.0.21-dea2eff50a5900150e1c84a5810ef3b8.ogg
  - o 10.89.0.21-dea2eff50a5900150e1c84a5810ef3b8.wav
  - o 10.89.0.21-dea2eff50a5900150e1c84a5810ef3b8_gsm.wav
  - o 10.89.0.21-dff4409f0a5900150e1c84a551422ae9.cdr
  - o 10.89.0.21-dff4409f0a5900150e1c84a551422ae9.mp3
  - o 10.89.0.21-dff4409f0a5900150e1c84a551422ae9.ogg
  - o 10.89.0.21-dff4409f0a5900150e1c84a551422ae9.wav
  - o 10.89.0.21-dff4409f0a5900150e1c84a551422ae9_gsm.wav
  - o 10.89.0.21-e54055060a5900150e1c84a5d35023f7.cdr
  - o 10.89.0.21-e54055060a5900150e1c84a5d35023f7.mp3
  - o 10.89.0.21-e54055060a5900150e1c84a5d35023f7.ogg
  - o 10.89.0.21-e54055060a5900150e1c84a5d35023f7.wav
  - o 10.89.0.21-e54055060a5900150e1c84a5d35023f7_gsm.wav
- Padilla SW Photos
  - o IMG_0629.JPG
  - o IMG_0630.JPG
  - o IMG_0631.JPG
  - o IMG_0632.JPG
  - o IMG_0633.JPG
  - o IMG_0634.JPG
  - o IMG_0635.JPG
  - o IMG_0636.JPG
  - o IMG_0637.JPG
  - o IMG_0638.JPG
  - o IMG_0639.JPG
  - o IMG_0640.JPG
  - o IMG_0641.JPG
  - o IMG_0642.JPG
  - o IMG_0643.JPG
  - o IMG_0644.JPG
  - o IMG_0645.JPG
  - o IMG_0646.JPG
  - o IMG_0647.JPG
  - o IMG_0648.JPG
  - o IMG_0649.JPG
  - o IMG_0650.JPG

- IMG_0651.JPG
- IMG_0652.JPG
- IMG_0653.JPG
- IMG_0654.JPG
- IMG_0655.JPG
- IMG_0656.JPG
- IMG_0657.JPG
- IMG_0658.JPG
- IMG_0659.JPG
- IMG_0660.JPG
- IMG_0661.JPG
- IMG_0662.JPG
- IMG_0663.JPG
- IMG_0664.JPG
- IMG_0665.JPG
- IMG_0666.JPG
- IMG_0667.JPG
- IMG_0668.JPG
- IMG_0669.JPG
- IMG_0670.JPG
- IMG_0671.JPG
- IMG_0672.JPG
- IMG_0673.JPG
- IMG_0674.JPG
- IMG_0675.JPG
- IMG_0676.JPG
- IMG_0677.JPG
- IMG_0678.JPG
- IMG_0679.JPG
- IMG_0680.JPG
- IMG_0681.JPG
- IMG_0682.JPG
- IMG_0683.JPG
- IMG_0684.JPG
- IMG_0685.JPG
- IMG_0686.JPG
- IMG_0687.JPG
- IMG_0688.JPG
- IMG_0689.JPG
- IMG_0690.JPG
- IMG_0691.JPG
- IMG_0692.JPG
- IMG_0693.JPG

- o   IMG_0694.JPG
- o   IMG_0695.JPG
- o   IMG_0696.JPG
- o   IMG_0697.JPG
- o   IMG_0698.JPG
- o   IMG_0699.JPG
- o   IMG_0700.JPG
- o   IMG_0701.JPG
- o   IMG_0702.JPG
- o   IMG_0703.JPG
- o   IMG_0704.JPG
- o   IMG_0705.JPG
- o   IMG_0706.JPG
- o   IMG_0707.JPG
- o   IMG_0708.JPG
- o   IMG_0709.JPG
- o   IMG_0710.JPG
- o   IMG_0711.JPG
- o   IMG_0712.JPG
- o   IMG_0713.JPG
- o   IMG_0714.JPG
- o   IMG_0715.JPG
- o   IMG_0716.JPG
- o   IMG_0717.JPG
- o   IMG_0718.JPG
- o   IMG_0719.JPG
- o   IMG_0720.JPG
- o   IMG_0721.JPG
- o   IMG_0722.JPG
- o   IMG_0723.JPG
- o   IMG_0724.JPG
- o   IMG_0725.JPG
- o   IMG_0726.JPG
- o   IMG_0727.JPG
- o   IMG_0728.JPG
- o   IMG_0729.JPG
- o   IMG_0730.JPG
- o   IMG_0731.JPG
- o   IMG_0732.JPG
- o   IMG_0733.JPG
- o   IMG_0734.JPG
- o   IMG_0735.JPG
- o   IMG_0736.JPG

- o   IMG_0737.JPG
- o   IMG_0738.JPG
- o   IMG_0739.JPG
- o   IMG_0740.JPG
- o   IMG_0741.JPG
- o   IMG_0742.JPG
- o   IMG_0743.JPG
- o   IMG_0744.JPG
- o   IMG_0745.JPG
- o   IMG_0746.JPG
- o   IMG_0747.JPG
- o   IMG_0748.JPG
- o   IMG_0749.JPG
- o   IMG_0750.JPG
- o   IMG_0751.JPG
- o   IMG_0752.JPG
- o   IMG_0753.JPG
- o   IMG_0754.JPG
- o   IMG_0755.JPG
- o   IMG_0756.JPG
- o   IMG_0757.JPG
- o   IMG_0758.JPG
- o   IMG_0759.JPG
- o   IMG_0760.JPG
- o   IMG_0761.JPG
- o   IMG_0762.JPG
- o   IMG_0763.JPG
- o   IMG_0764.JPG
- o   IMG_0765.JPG
- o   IMG_0766.JPG
- o   IMG_0767.JPG
- o   IMG_0768.JPG
- o   IMG_0769.JPG
- o   IMG_0770.JPG
- o   IMG_0771.JPG
- PADILLA video evidence
  - o   ABQ RAW video - Padilla with pole
  - o   Capitol Video - JROBERSON NYC.mp4
  - o   Clip_1_of_Ofc_Morris_struck_by_pole_for_FBI_Investigation.mp4
  - o   JOSEPH PADILLA - Jan 6th photos.docx
  - o   JOSEPH PADILLA photo - blue jacket.docx
  - o   MPD Officer Cropper - BWC Jan 6th.mp4
  - o   MPD officer Morris BWC Jan 6th.mp4

- o   MPD officer Powell BWC Jan 6th.mp4
- o   Ofc__Powell_stuck_by_pole-FBI_Investigation.mp4
- o   PADILLA face and jacket.mp4
- o   PADILLA fighting at barrier.mp4
- o   PADILLA pushes fencing.mp4
- o   PADILLA throws pole.mp4
- o   VIDEO - USCHBALowerWTerraceDoorExterior_2021-01-06_16h15min38s597ms.mp4
- o   VIDEO - USCHBALowerWTerraceDoorExterior_2021-01-06_16h15min38s597ms.mp4
- o   VictorCleveland_202102230821_Car342_390876148.mp4

We have provided the following files via USAfx on March 30, 2021 ahead of the detention hearing in this matter:
- Tennessee - 1_21mj34_Joseph_Padilla_PTReport_DET_KW
- Padilla Detention Exhibits
- VictorCleveland_202102230821_Car342_390876148
- Capitol Video - JROBERSON NYC
- MPD Officer Cropper - BWC Jan 6th

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We have provided the mis-identification information described above in line with such obligations. We will continue provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

By: */s/ Jacob J. Strain*
PUJA BHATIA
JACOB STRAIN
Assistant United States Attorneys