NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  **1:21-cr-214**

**Joseph Lino Padilla**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☐ RETAINED    ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Cadence Mertz (DC 991471)**
_(Attorney & Bar ID Number)_
Federal Public Defender's Office
_(Firm Name)_
**1650 King Street, Suite 500**
_(Street Address)_
**Alexandria VA 22314**
_(City)      (State)      (Zip)_
**703-600-0840**
_(Telephone Number)_