IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-cr-214 (JDB) |
| v.  ) | |
| ) | |
| **JOSEPH PADILLA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL FOR DEFENDANT
<u>JOSEPH PADILLA</u>**

Pursuant to Criminal Local Rule 44.l(d), Defendant Joseph Padilla moves for the admission and appearance of attorney Michael J. Cronkright *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael J. Cronkright, filed herewith. Defendant Joseph Padilla wishes for Michael J. Cronkright to represent him as legal counsel in this criminal case and Michael J. Cronkright, Esq., proposes to represent Mr. Padilla in this case.

Michael J. Cronkright is admitted and an active member in good standing in the following courts of bars: State of Michigan, State of Florida, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan. I am advised that he has been admitted pro hac vice in several federal courts, including most recently in the Southern District Court of New York. This motion is supported and signed by the undersigned, an active and sponsoring member of the Bar of this Court.

As the sponsoring attorney, I am and will remain available to consult with Mr. Conkright as may be needed to assist him with local practice and to the extent that the Court requires to review pleadings and participate in hearings. I understand that he has

familiarized himself with the local rules of this Honorable Court and I will be available to assist with that and consult on any questions about them.

Dated: October 25, 2021    Respectfully submitted,

                /s/

Juli Z. Haller, (D.C. Bar No.466921)

The Law Offices of Julia Haller

601 Pennsylvania Avenue, N.W., Suite 900

Washington, DC 20004

Telephone: (202) 729-2201

HallerJulia@outlook.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) Criminal No. 1:21-cr-160-5 (TJK) ) ) |
| **JOSEPH PADILLA,** | ) ) ) |
| **Defendant.** | ) ) |

## CERTIFICATE OF SERVICE

On October 25, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                     /s/

Juli Z. Haller, (D.C. Bar No.466921)

The Law Offices of Julia Haller

601 Pennsylvania Avenue, N.W., Suite 900

Washington, DC 20004

Telephone: (202) 729-2201

HallerJulia@outlook.com