**UNITED STATES DISTRICT COURT**
**FOR THE DISCTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                                                              **Crim. No. 21-214 (JDB)**

**JOSEPH LINA PADILLA**
**also known as "Jose Padilla",**

             **Defendant.**
_____

**DECLARATIONS OF MICHAEL  J. CRONKRIGHT**
**IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_**

I, Michael J. Cronkright, hereby decree:

1.   My office is located at 4601 W. Saginaw Hwy, Ste. J2A, Lansing, MI 48917.  My

     telephone number is (517)881-4643.

2.   I have not applied for admission _pro hac vice_ in more than 5 cases in courts of the

     District of Columbia.

3.   Since 1995, I have been admitted to practice law in the State of Michigan.  Since 2010, I

     have been admitted to practice law in the State of Florida.  I have been admitted to both

     the Eastern and Western Federal District Courts in Michigan.  I have been admitted to

     practice in the Sixth Circuit Court of Appeals since 2016.  I was sworn in at the United

     States Supreme Court in 2013.  I have been admitted _Pro Hac Vice_ in federal districts

     outside of Michigan, most recently in the Southern District of New York.

4.   I am currently in good standing with all states, courts, and bars in which I am admitted.  I

     have never been suspended, disbarred, or disciplined by any bar; nor have I resigned

     with charges pending in any jurisdiction or court.

5.  There are no disciplinary complaints pending against me for violations of the rules of

    any jurisdiction or court.

6.  I have not previously applied for admission to the D.C. bar or had such an application

    denied.

7.  I agree to notify the court if, during this proceeding, I am suspended or disbarred for

    disciplinary reasons or resign with charges pending in any jurisdiction or court.

8.  I do not currently practice law or hold myself out as authorized as competent to practice

    law in the District of Columbia.

9.  I have reviewed the relevant rules of the District of Columbia Court of Appeals and have

    complied with Superior Court Rule of Civil Procedure 101.

10. I acknowledge the power and jurisdiction of the District Court over matters of

    professional conduct and agree to be bound by the District of Columbia Rules of

    Professional Conduct if admitted *pro hac vice.*

11. I do not have an office in the District of Columbia.

**I declare under penalty of perjury that the foregoing is true and accurate.  Executed in the
State of Maryland, this 12th day of October, 2021.**

Respectfully submitted,


BY:     Michael J Cronkright
        Attorney for Jose Padilla
        4601 W. Saginaw Hwy, Ste J2A
        Lansing, MI 48917
        Michael@Cronkrightlaw.com
        (517) 881-4643

2