IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v. ) <br> ) <br> **JOSEPH PADILLA,** ) <br> ) <br> **Defendant.** ) <br> ) | **Criminal No. 1:21-cr-214 (JDB)** |

## ORDER

The Court grants Defendant Joseph Padilla's Motion for Pro Hac Admission of Michael Cronkright in the above referenced matter.

Respectfully Submitted,

_____
The Hon. John D. Bates
United States District Court Judge

Dated: