IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:21-cr-214 (JDB) |
| | ) |
| JOSEPH PADILLA, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL FOR DEFENDANT
JOSEPH PADILLA

Pursuant to Criminal Local Rule 44.l(d), Defendant Joseph Padilla moves[1] or in the alternative, renews his Motion, for the Admission and Appearance of attorney Michael J. Cronkright *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael J. Cronkright, filed herewith. Defendant Joseph Padilla wishes for Michael J. Cronkright to represent him as legal counsel in this criminal case and Michael J. Cronkright, Esq., proposes to represent Mr. Padilla in this case.

Michael J. Cronkright is admitted and an active member in good standing in the following courts: State of Michigan, Admitted to in 1995; State of Florida, Admitted in 2010; United States District Court for the Eastern District of Michigan in 1997, (Mr. Cronkright is

---

[1] On October 25th, 2021, the Court denied Defendant's Motion for the *Pro Hac Vice* Admission of Mr. Cronkright filed on October 25, 2021 "for failure to comply with Local Criminal Rule 44.1(d)'s requirement that the accompanying declaration list the attorney's full name and the number of times the attorney has been admitted pro hac vice in this Court within the last two years." This Denial appears to be based on an inadvertent omission in the Declaration to explain 1) that Mr. Cronkright has submitted his full name because he has no middle name, but he does have a middle initial, Michael J. Cronkright; 2) Mr. Cronkright has never been previously admitted *pro hac vice* to the U.S. District Court for the District of Columbia. At this time, Defendant submits the motion with a revised Declaration of Michael J. Cronkright.

Page 1

also Admitted in the United States District Court for the Western District of Michigan); the Sixth Circuit Court of Appeals, Admitted in 2016; and the United States Supreme Court, Admitted in 2013. *See Id*. I am also advised that he has been admitted *pro hac vice* in other federal courts, including most recently in the Southern District Court of New York, but he has never been admitted in the United States Court for the District of Columbia. This motion is supported and signed by the undersigned, an active and sponsoring member of the Bar of this Court.

As the sponsoring attorney, I am and will remain available to consult with Mr. Conkright as may be needed to assist him with local practice and to the extent that the Court requires to review pleadings and participate in hearings. I understand that he has and will continue to familiarize himself with the local rules of this Honorable Court, and I will be available to assist with that and consult on any questions about them.

Dated: October 27, 2021                    Respectfully submitted,

                                           _____/s/_____
                                           Juli Z. Haller, (D.C. Bar No.466921)
                                           The Law Offices of Julia Haller
                                           601 Pennsylvania Avenue, N.W.,
                                           S. Building, Suite 900
                                           Washington, DC 20004
                                           Telephone: (202) 729-2201
                                           HallerJulia@outlook.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>)<br>**JOSEPH PADILLA,** )<br>)<br>**Defendant.** )<br>) | Criminal No. 1:21-cr-160-5 (TJK) |

## CERTIFICATE OF SERVICE

On October 27, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　Juli Z. Haller, (D.C. Bar No.466921)

　　　　　　　　　　　　　　　　The Law Offices of Julia Haller

　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, N.W.,

　　　　　　　　　　　　　　　　S. Building, Suite 900

　　　　　　　　　　　　　　　　Washington, DC 20004

　　　　　　　　　　　　　　　　Telephone: (202) 729-2201

　　　　　　　　　　　　　　　　HallerJulia@outlook.com