UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Crim. No. 21-214 (JDB)

JOSEPH LINA PADILLA
also known as "Jose Padilla,

      Defendant.

---

**DECLARATION OF MICHAEL J. CRONKRIGHT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael J Cronkright, hereby decree:

1. My full name is Michael J Cronkright. I have a middle initial but no middle name.

2. My office is located at 4601 W. Saginaw Hwy, Ste. J2A, Lansing, MI 48917. My telephone number is (517) 881-4643.

3. Since 1995 I have been admitted to practice law in the State of Michigan. I was admitted to practice law in the State of Florida in 2010. I am admitted to the Eastern District Federal Court in Michigan as of August of 1997. I am admitted also to the Western Federal District Court in Michigan, although I don't have the date of admission at my disposal. I am admitted to practice in the Sixth Circuit Court of Appeals as of 2016. I am admitted to practice at the United States Supreme Court as of April 15, 2013.

4. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been suspended, disbarred, or disciplined by any bar; nor have I resigned

with charges pending in any jurisdiction or court. There are no disciplinary complaints pending against me for violations of the rules of any jurisdiction or court.

5. Until now, I have never applied for or been admitted *pro hac vice* in this Court. Therefore, the number of times I have been admitted *pro hac vice* in this Court in the last two years is zero.

6. I do not engage in the practice of law in the District of Columbia. I do not have an office in the District of Columbia. I am not a member of the District of Columbia bar. I have not previously applied for admission to the D.C. bar or had such an application denied and I have no such application for membership pending.

I declare under penalty of perjury that the foregoing is true and accurate. Executed in the State of Michigan, this 26th day of October, 2021.

Respectfully submitted,

BY: Michael J Cronkright
Attorney for Jose Padilla
4601 W. Saginaw Hwy, Ste J2A
Lansing, MI 48917
Michael@Cronkrightlaw.com
(517) 881-4643