

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle**<br>Executive Director | 850/561-5600<br>www.FLORIDABAR.org |

State of Florida    )

County of Leon    )    In Re:  0086922
                    Michael J Cronkright
                    Cronkright Law, PLLC
                    4601 W Saginaw Hwy Ste J2A
                    Lansing, MI 48917-2776

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 15, 2010**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **October**, **2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-156491