IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 1:21-cr-214 (JDB) ) ) |
| JOSEPH PADILLA, | ) ) |
| Defendant. | ) ) |

## ORDER

The Court grants Defendant Joseph Padilla's Motion for Pro Hac Admission of Michael Cronkright in the above referenced matter.

Respectfully Submitted,

_____
The Hon. John D. Bates
United States District Court Judge

Dated: