UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 1:21-cr-214 (JDB)

JOSEPH LINO PADILLA
also known as "Jose Padilla,

    Defendant.
_____

### APPEARANCE OF COUNSEL

NOW COMES Attorney Michael Cronkright and tenders his appearance as attorney for Defendant Joseph Padilla.

_____
Michael J Cronkright (P52671)

### MOTION AND ORDER FOR SUBSTITUTION

NOW COMES Defendant Joseph Padilla, by and through his attorney, Michael J. Cronkright and moves this Honorable Court for an order substituting Michael Cronkright for Cadence Mertz and Nate Wenstrup of the Public Defender's Office. Michael Cronkright represents to the Court that he has communicated with Mr. Padilla in person and more recently electronically using the APDS system and he has expressed his specific desire and intention that attorney Cronkright replace his prior attorneys.

Respectfully submitted:                                    Approved:

_____                            _____
Michael Cronkright                                          Cadence Mertz
Michigan Bar P52671                                         Assistant Federal Public Defender
4601 W. Saginaw, Ste. J2A                                   Federal Public Defender's Office
Lansing, MI 48917                                           1650 King Street, Suite 500
(517) 881-4643                                              Alexandria, VA 22314
Michael@Cronkrightlaw.com                                   Cadence_Mertz@fd.org

IT IS SO ORDERED:

_____                            _____
                                                            Entered