AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00214-JDB |
| Joseph Padilla | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joseph Padilla

Date:   11/10/2021

*Attorney's signature*

Edward R Martin Jr  481866
*Printed name and bar number*

10017 Park Royal Drive
Great Falls, VA  22066
*Address*

edmartin1791@gmail.com
*E-mail address*

(314) 606-6462
*Telephone number*

*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| USA  *Plaintiff* | ) ) |
| v. | ) Case No. 1:21-cr-00214-JDB |
| Joseph Padilla  *Defendant* | ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joseph Padilla

Date:   11/10/2021

*Attorney's signature*

Edward R Martin Jr  481866
*Printed name and bar number*

10017 Park Royal Drive
Great Falls, VA  22066
*Address*

edmartin1791@gmail.com
*E-mail address*

(314) 606-6462
*Telephone number*

*FAX number*