IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH LINO PADILLA<br>also known as "Jose Padilla" | No. 1:21-cr-214 (JDB) |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as lead counsel for the United States of America in this case. The United States requests that all notices relating to this case be sent to the undersigned.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

        */s/ Douglas B. Brasher*
        Douglas B. Brasher
        Assistant United States Attorney
        Detailee
        Texas State Bar No. 24077601
        1100 Commerce Street, Third Floor
        Dallas, Texas  75242-1699
        Telephone:  214-659-8604
        douglas.brasher@usdoj.gov