UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>JOSEPH LINO PADILLA<br>also known as "Jose Padilla,"<br><br>  Defendant. | Case No. 1:21-cr-00214-JDB |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America, through undersigned counsel, informs the Court that Assistant United States Attorney Karen Rochlin, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel currently appearing on behalf of the United States will remain as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


 /s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant U. S. Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov