UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Crim. No. 21-214 (JDB)

v.

JOSEPH LINO PADILLA
also known as "Jose Padilla,"

    Defendant.

## DEFENDANT JOSEPH PADDILLA'S
## 12/01/2022 STATUS REPORT

NOW COMES Defendant Joseph Lino Padilla, by and through his attorney, Michael J. Cronkright, and Cronkright Law, PLLC, states:

1. The efforts at resolution are proceeding with a specific offer being presented and considered. The defense anticipates filing motions according to the current motion schedule unless a settlement is achieved. The government has responded to specific discovery request with at least one request pending but anticipated.

December 1, 2022

_____
Michael J Cronkright (P52671)