**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH LINO PADILLA,**<br>also known as "Jose Padilla,"<br><br>Defendant. | Criminal Action No. 21-214 (JDB) |

## ORDER

Upon consideration of defendant Joseph Lino Padilla's [60] motion to dismiss Count Seven, [61] motion to revoke detention order and reopen detention hearing, and [62] motion for discovery and evidentiary hearing on a selective prosecution claim, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [60] the motion to dismiss Count Seven is **DENIED**; it is further

**ORDERED** that [61] the motion to revoke detention order and reopen detention hearing is **DENIED**; and it is further

**ORDERED** that [62] the motion for discovery and evidentiary hearing on a selective prosecution claim is **DENIED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 13, 2023