# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-214 (JDB) |
| v. | : | |
| | : | |
| **JOSEPH LINO PADILLA,** | : | |
| Also known as "Jose Padilla", | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Andrew Haag is entering his appearance in the above-captioned matter as counsel for the United States.

                                        Respectfully submitted,

DATED: February 15, 2023            MATTHEW M. GRAVES
                                            United States Attorney
                                           D.C. Bar No. 481052

                                By:    */s/ Andrew Haag*
                                              Andrew Haag
                                              Assistant United States Attorney
                                              Massachusetts Bar No. 705425
                                              601 D Street NW, Washington, DC 20530
                                              (202) 252-7755
                                              Andrew.Haag@usdoj.gov

## CERTIFICATE OF SERVICE

On this 15th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Andrew Haag*
Andrew Haag
Assistant United States Attorney