UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.  1:21-cr-214 (JDB)** |
| | **:** | |
| JOSEPH LINO PADILLA, | **:** | |
| also known as "Jose Padilla," | **:** | |
| | **:** | |
| Defendant. | **:** | |

## JOINT STATUS REPORT

Pursuant to the Court's March 14, 2023 Order, ECF No. 74, the parties have met and conferred. The parties agree that, based upon the Court's guidance as indicated in the referenced Order, Defendant's Counsel will propose a specific phone consultation schedule to the detention facility and report back to Court and Counsel if an adequate solution cannot be reached.  The parties further agree that the Court does not need to take any additional steps at this time to remedy the issues raised by the Defendant in his request for access to discovery.  ECF No. 70.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Douglas B. Brasher*
Douglas B. Brasher
Assistant United States Attorney
Detailee
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214-659-8604
douglas.brasher@usdoj.gov

/s/ Andrew Haag
ANDREW S. HAAG
Assistant United States Attorney

MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

For the Defendant,

*/s/ Michael J Cronkright*
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

2