# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-214 (JDB) |
| : | |
| **JOSEPH LINO PADILLA** : | |
| also known as "Jose Padilla," : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S EXHIBIT LIST

At this time, the United States has identified the following exhibits it intends to use at trial. This exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Douglas B. Basher*
DOUGLAS B. BASHER
Assistant United States Attorney
Detailee
Texas State Bar No. 21077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8604
douglas.basher@usdoj.gov

*/s/ Andrew S. Haag*
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

**UNITED STATES OF AMERICA**

VS.

Joseph Padilla

Criminal No. 21-cr-214-JDB

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 100 Series – Physical Evidence | | | | |
| 100 | PLACEHOLDER | | | | |
| | 200 Series – Video Evidence | | | | |
| 200 | USCP compilation video (6 min.) | | | | |
| 201A | United States Capitol Police ("USCP") Closed-circuit Television ("CCTV") Security Footage of the Hallway to the Lower West Terrace 2:30 PM – 5:15 PM | | | | |
| 201B | Timelapse of USCP CCTV Security Footage of the West Plaza 12:55 PM – 4:20 PM (5 min.) | | | | |
| 201C | USCP CCTV Interior of West Plaza Door 2:30 PM – 4:35 PM | | | | |
| 202A | Metropolitan Police Department ("MPD") Officer O.A. Body Worn Camera ("BWC") Serial No. X6039BF0S 1:59PM – 2:10PM | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202B | MPD Officer S.B. BWC Serial No. X6039BCAU 1:33PM – 1:41PM | | | | |
| 202C | MPD Officer J.C. BWC Serial No. X6039BEYR 1:29PM – 1:41PM | | | | |
| 202D | MPD Officer K.H. BWC Serial No. X6039BEX4 1:21PM – 1:23PM | | | | |
| 202E | MPD Officer M.L. BWC Serial No. X6039BG1K 1:20PM – 1:22PM | | | | |
| 202F | MPD Officer K.M. BWC Serial No. X6039BGKA 1:21PM – 1:22PM | | | | |
| 202G | MPD Officer J.R. BWC Serial No. X6039BF4W 1:59PM – 2:10PM | | | | |
| 202H | MPD Officer D.T. BWC Serial No. X6039BKU6 2:46PM – 2:53PM | | | | |
| 202I | MPD Officer A.W. BWC Serial No. X6039BJJV 4:25PM – 4:35PM | | | | |
| 202J | MPD Officer K.C. BWC Serial No. X6039BF4W 4:28PM – 4:30PM | | | | |
| 203 | Third-Party Video Depicting the West Plaza and Senate Wing Door (31 min.) | | | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 204 | Third-Party Video of Press Tower, Video 1 (1 min.) | | | | |
| 205 | Third-Party Video of Press Tower, Video 2 (1 min.) | | | | |
| 206 | Third-Party Video of West Plaza (3 min.) | | | | |
| 207 | Third-Party Video of West Plaza and Lower West Terrace (98 min.) | | | | |
| 208 | Third-Party Video of West Plaza and Lower West Terrace (14 min.) | | | | |
| 209 | Third-Party Video of Lower West Terrace (29 min.) | | | | |
| 210 | Video posted by Padilla on streamable.com (1 min.) | | | | |
| 211 | Third-Party Video of the Hallway to the Lower West Terrace (36 sec.) | | | | |
| 212 | Third-Party Video of the Hallway to the Lower West Terrace (13 sec.) | | | | |
| 213 | Third-Party Video of Lower West Terrace (9 min.) | | | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 214 | Third-Party Video of Lower West Terrace (5 min.) | | | | |
| 215 | Third-Party Video of Lower West Terrace (70 min.) | | | | |
| 216 | Third-Party Video of West Plaza and Lower West Terrace (85 min.) | | | | |
| | **300 Series – Social Media** | | | | |
| 300 | Compilation of posts by Ghost_Soul167 on thedonald.win | | | | |
| 301 | Compilation of Facebook posts by Padilla | | | | |
| | **400 Series – Jail Messages and Calls** | | | | |
| 400 | Compilation of Defendant's Jail Messages | | | | |
| 401 | Defendant's Jail Calls | | | | |
| | **500 Series – Legal and Congressional Records** | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 500 | U.S. Constitution – 12th Amendment | | | | |
| 501 | U.S. Declaration of Independence – Preamble | | | | |
| 502A | Title 3, United States Code, Section 15 | | | | |
| 502B | Title 3, United States Code, Section 16 | | | | |
| 502C | Title 3, United States Code, Section 17 | | | | |
| 502D | Title 3, United States Code, Section 18 | | | | |
| 503 | Senate Concurrent Resolution 1 | | | | |
| 504 | Video Montage (including Congressional Record and video footage from House and Senate) | | | | |
| 504A | Source References for Video Montage – Senate | | | | |
| 504B | Source References for Video Montage – House | | | | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 505 | Email Notification to USCP re: VP Pence | | | | |
| | **600 Series – Other** | | | | |
| 600 | Aerial Photo of U.S. Capitol Building | | | | |
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | | | |
| 602 | Photo of U.S. Capitol with signs on metal barriers | | | | |
| 603 | Photo of Area Closed sign on metal barrier | | | | |
| 604 | Photo of Area Closed sign | | | | |
| 605 | 3D Model of Capitol (3D) | | | | |
| 606 | U.S. Capitol Floor Plan | | | | |
| | **700 Series – Stipulations** | | | | |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 700 | Stipulations | | | | |
| | **800 Series – Modified Videos** | | | | |
| 800 | Montage of Defendant's Conduct | | | | |
| 801 | Defendant Circled in CCTV Footage | | | | |

7