UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:21-cr-214 (JDB) |
| JOSEPH LINO PADILLA, also known as "Jose Padilla," | : |
| Defendant. | : |

### DEFENDANT'S WAIVER OF JURY TRIAL

Joseph Lino Padilla, by and through his counsel Attorney Michael Cronkright, hereby files with the Court the attached waiver of trial by jury. Mr. Padilla desires to proceed by bench trial in the above-captioned matter.

Respectfully submitted,

*/s/ Michael J Cronkright*
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

## DEFENDANT'S WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney for the District of Columbia and with the approval of the Court, the undersigned defendant hereby waives the right to trial by jury and requests the Court to try all charges in this case without a jury. Defendant further informs the Court that he is fully aware of his right to trial by jury, and that after thorough consideration and consultation with counsel he has elected to proceed with a bench trial.

DATE: 4-6-23

Defendant Joseph Lino Padilla

DATE: 4/6/23

Michael J Cronkright
Attorney for Joseph Lino Padilla

The United States Attorney hereby consents that the case by tried without a jury.

DATE: 4-6-23

Douglas Brasher
Assistant United States Attorney

DATE: 4/6/23

Honorable John D. Bates
United States District Judge

2