**From:**
**To:**
**Subject:** 1/6/2021 after action
**Date:** Thursday, January 7, 2021 1:10:44 PM

Good afternoon,

I am sending this email in regards to yesterday's chaos that happened on the hill. As a member of ███████████, I absolutely felt let down by our leadership. I've been hearing there was a "plan in place" but what I saw out there was a disaster. We had absolutely no structure, no leadership just a bunch of clueless officials. We did not know where to stage, where to be posted. At one point we were in the CVC truck tunnel while a radio broadcast came out of the capitol being breached. Our LT had no idea what to do, we waited to long to respond. After we responded to NW drive, again we were clueless and standing not knowing where to go. We then ended up going to West front and positioned ourselves in an area I still have NO idea why we were there. We had NO SHIELDS. I kept TELLING the LT we needed shields and all his response was "they are coming". They never came. Those shields would've helped us tremendously. Rather than setting down at the West Front, we should've been deployed to lower west terrace where the mob was breaching. Again, the lack of leadership really failed up. For once, I was ashamed of ███████████████████. Yesterday was designed for us to fail and let the world shame Capitol Police. Whichever way you put it, it looked bad from the outside in and vice versa. ███████████ was an absolute joke. At one point he put on a MAGA hat and was speaking into a bull horn saying "I AM BLACK AND I VOTED FOR TRUMP" that showed absolute lack of leadership, I was embarrassed. I truly believe there was no plan in place, everyone responded late, no one was telling us were to go. It was literally every man/female for themselves. I saw no officials participating in crowd control. I am tired of hearing officers as "bodies". I hope yesterday you realized that we are more than just "bodies" These members NEED us and so does the Capitol. We stood strong no matter how much pain we were enduring and how much suffering we had to go through to maintain control. I watched a female die in front of me, and no not the one that got shot. It was chaos in there. None of this are my emotions speaking. I am speaking from a perspective of being in the FRONT lines of all this. It was disastrous. Also, we are police officers, we carry LIVE GUNS, there is no reason why ONLY CDU INSTRUCTORS OR OFFICIALS should be the only ones deploying less than lethal. To me it is absurd that they won't train us. Officers outnumber officials. We cannot wait for officials to show up while officers are being attacked. Lastly its not on officers, but it shows how weak the infrastructure of the capitol is. People around the world watched the most important building in the world get breached. I know things will change, but it's sad this it what it took to change. We need REAL officials who have our backs and not hide behind officers. We need a more secure infrastructure, new doors with reinforcement, bullet resistant glass etc. But that's above my pay grade. So I would like to thank all of our officials who let us down, and failed us to protect themselves. This day for sure wont be forgotten.

