# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-214 (JDB)** |
| | : | |
| JOSEPH LINO PADILLA | : | |
| also known as "Jose Padilla," | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

At this time, the United States has identified the following exhibits it intends to use at trial. This exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Douglas B. Basher*
DOUGLAS B. BASHER
Assistant United States Attorney
Detailee
Texas State Bar No. 21077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8604
douglas.basher@usdoj.gov

*/s/ Andrew S. Haag*
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

**UNITED STATES OF AMERICA**

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
**Court** ☐

**VS.**

**Criminal No. 21-cr-214-JDB**

**Joseph Padilla**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **100 Series – Physical Evidence** | | | | |
| 100 | Blue jacket recovered from Joseph Padilla's home | | | | |
| 101 | Black backpack recovered from Joseph Padilla's home | | | | |
| 102 | United States Capitol Police officer helmet | | | | |
| | **200 Series –Video Evidence** | | | | |
| 200 | USCP compilation video (6 min.) | | | | |
| 201 | United States Capitol Police ("USCP") Closed-circuit Television ("CCTV") Security Footage of the Hallway to the Lower West Terrace 2:30 PM – 2:50 PM | | | | |
| 201A | Video clip of Ex. 201 from 2:40 PM to 2:50 PM | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202 | USCP CCTV Security Footage of the Hallway to the Lower West Terrace 2:49 PM – 3:30 PM | | | | |
| 202A | Video clip of Ex. 202 from 2:50 PM to 2:57 PM | | | | |
| 203 | USCP CCTV Security Footage of the Hallway to the Lower West Terrace 3:30 PM – 4:15 PM | | | | |
| 204 | USCP CCTV Security Footage of the Hallway to the Lower West Terrace 4:15 PM – 5:15 PM | | | | |
| 204A | Video clip of Ex. 204 from 4:25 PM to 4:30 PM | | | | |
| 205 | Timelapse of USCP CCTV Security Footage of the West Plaza 12:55 PM – 4:20 PM (5 min.) | | | | |
| 206 | USCP CCTV Interior of West Plaza Door 2:30 PM – 4:35 PM | | | | |
| 207 | Metropolitan Police Department ("MPD") Officer O.A. Body Worn Camera ("BWC") Serial No. X6039BF0S 1:59PM – 2:10PM | | | | |
| 207A | Still frame of Ex. 207 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 207B | Still frame of Ex. 207 | | | | |
| 208 | MPD Officer S.B. BWC Serial No. X6039BCAU 1:33PM – 1:41PM | | | | |
| 209 | MPD Officer J.C. BWC Serial No. X6039BEYR 1:29PM – 1:41PM | | | | |
| 209A | Still frame of Ex. 209 | | | | |
| 210 | MPD Officer K.H. BWC Serial No. X6039BEX4 1:21PM – 1:23PM | | | | |
| 211 | MPD Officer M.L. BWC Serial No. X6039BG1K 1:20PM – 1:22PM | | | | |
| 212 | MPD Officer K.M. BWC Serial No. X6039BGKA 1:21PM – 1:22PM | | | | |
| 212A | Still frame of Ex. 212 | | | | |
| 213 | MPD Officer J.R. BWC Serial No. X6039BF4W 1:59PM – 2:10PM | | | | |
| 214 | MPD Officer D.T. BWC Serial No. X6039BKU6 2:46PM – 2:53PM | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 214A | Still frame of Ex. 214 | | | | |
| 214B | Still frame of Ex. 214 | | | | |
| 214C | Compilation video of Ex. 214 with Exs. 201, 202, and 206 | | | | |
| 215 | MPD Officer A.W. BWC Serial No. X6039BJJV 4:25PM – 4:35PM | | | | |
| 215A | Still frame of Ex. 215 | | | | |
| 215B | Still frame of Ex. 215 | | | | |
| 216 | MPD Officer K.C. BWC Serial No. X6039BKUT 4:27PM – 4:29PM | | | | |
| 217 | Third-Party Video Depicting the West Plaza and Senate Wing Door (31 min.) | | | | |
| 217A | Video clip of Ex. 217 from 1:45 to 7:30 | | | | |
| 218 | Third-Party Video of Press Tower, Video 1 (1 min.) | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 218A | Still frame of Ex. 218 | | | | |
| 218B | Still frame of Ex. 218 | | | | |
| 219 | Third-Party Video of Press Tower, Video 2 (1 min.) | | | | |
| 220 | Third-Party Video of West Plaza (3 min.) | | | | |
| 221 | Third-Party Video of West Plaza and Lower West Terrace (98 min.) | | | | |
| 221A | Video clip of Ex. 221 from 7:55 to 11:09 | | | | |
| 222 | Third-Party Video of West Plaza and Lower West Terrace (14 min.) | | | | |
| 223 | Third-Party Video of Lower West Terrace (29 min.) | | | | |
| 223A | Video clip of Ex. 223 from 0:00 to 1:50 | | | | |
| 224 | Video posted by Joseph Padilla on streamable.com (1 min.) | | | | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 225 | Third-Party Video of the Hallway to the Lower West Terrace (36 sec.) | | | | |
| 226 | Third-Party Video of the Hallway to the Lower West Terrace (13 sec.) | | | | |
| 227 | Third-Party Video of Lower West Terrace (9 min.) | | | | |
| 227A | Video clip of Ex. 227 from 6:45 to 9:38 | | | | |
| 228 | Third-Party Video of Lower West Terrace (5 min.) | | | | |
| 228A | Still frame of Ex. 228 | | | | |
| 229 | J. Robertson - jan6phonerecovery.mov (70 min.) | | | | |
| 229A | Still frame of Ex. 229 | | | | |
| 230 | FULL FOOTAGE_ Patriots STORM U.S. Capitol (4K60fps) (85 min.) | | | | |
| 230A | Video clip of Ex. 230 from 1:16:06 to 1:16:40 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 231 | MPD Officer W.B. BWC Serial No. X6039478K 2:40PM – 2:42PM | | | | |
| | **300 Series – Padilla Communications** | | | | |
| 300 | Compilation of posts by Ghost_Soul167 on thedonald.win | | | | |
| 301 | Compilation of Facebook posts by Padilla | | | | |
| 302 | PLACEHOLDER | | | | |
| 303 | PLACEHOLDER | | | | |
| | **400 Series – U.S. Secret Service & Interstate Commerce** | | | | |
| 400 | Email from L.H. attaching Secret Service Head of State Notification Worksheet | | | | |
| 401 | Video: Relocating Vice President's Motorcade | | | | |
| 402 | Video: Evacuation of Vice President | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 403 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | | | | |
| 404 | DC Register with Unredacted Mayor Bowser Curfew Order | | | | |
| 405 | Tweet from Mayor Bowser Announcing the Curfew | | | | |
| 406 | Safeway Early Closure Notice for Washington, DC stores 1/6/2021 | | | | |
| 407 | Safeway Mid-Atlantic Daily Sales Report (Redacted) 1/5/2021 – 1/7/2021 | | | | |
| 408 | Safeway Warehouse Shipments Lancaster PA to Washington, DC stores 1/3/2021 – 1/9/2021 | | | | |
| 409 | Safeway Business Records Certification | | | | |
| | **500 Series – Legal and Congressional Records** | | | | |
| 500 | U.S. Constitution – 12th Amendment (Highlighted) | | | | |
| 501 | U.S. Declaration of Independence – Preamble | | | | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502 | Title 3, United States Code, Sections 15 to 18 | | | | |
| 503 | Senate Concurrent Resolution 1 (Highlighted) | | | | |
| 504 | Video Montage (including Congressional Record and video footage from House and Senate) | | | | |
| 504A | Source References for Video Montage | | | | |
| | **600 Series – Other** | | | | |
| 600 | Aerial Photo of U.S. Capitol Building | | | | |
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | | | |
| 602 | Photo of U.S. Capitol with signs on metal barriers | | | | |
| 603 | Photo of Area Closed sign on metal barrier | | | | |
| 604 | Photo of Area Closed sign | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605 | 3D Model of Capitol (3D) | | | | |
| 606 | 3D Model of Capitol (3D) | | | | |
| 607 | U.S. Capitol Grounds Map | | | | |
| | **700 Series – Stipulations** | | | | |
| 700 | Stipulations | | | | |
| | **800 Series – Modified Videos** | | | | |
| 800 | Montage of Defendant's Conduct | | | | |
| 800A | Source References for Ex. 800 | | | | |
| 801 | PLACEHOLDER | | | | |