## Erica Duncan

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, September 18, 2023 11:53 AM |
| **To:** | ECFMail DCD |
| **Subject:** | Activity in Case 1:21-cr-00214-JDB USA v. PADILLA Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 9/18/2023 at 11:52 AM and filed on 9/18/2023

**Case Name:** USA v. PADILLA
**Case Number:** 1:21-cr-00214-JDB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: It is hereby ORDERED that the judgment imposed on September 13, 2023, is amended as follows: the restitution shall be paid in equal monthly installments of $100 over a period of 20 months, to commence 30 days after September 13, 2023. Signed by Judge John D. Bates on 9/18/2023. (lcjdb2)**

**1:21-cr-00214-JDB-1 Notice has been electronically mailed to:**

Juli Zsuzsa Haller      juli.haller@aflegal.org

Charles D. Tobin      tobinc@ballardspahr.com, LitDocket_East@ballardspahr.com, mendezc@ballardspahr.com, mishkinm@ballardspahr.com

Maxwell S. Mishkin      mishkinm@ballardspahr.com, LitDocket_East@ballardspahr.com

Puja Bhatia      puja.bhatia@usdoj.gov

Lauren Russell      russelll@ballardspahr.com

Edward Robert Martin, Jr      edmartin1791@gmail.com

Michael J. Cronkright     michael@cronkrightlaw.com

Douglas Burton Brasher     douglas.brasher@usdoj.gov

Andrew Haag     andrew.haag@usdoj.gov

**1:21-cr-00214-JDB-1 Notice will be delivered by other means to::**