UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 21-214 (JDB) |
| Plaintiff | Hon. John D. Bates |
| v. | |
| JOSEPH LINO PADILLA | **DEFENDANT'S NOTICE OF APPEAL** |
| also known as "Jose Padilla," | |
| Defendant. | |

## DEFENDANT'S NOTICE OF APPEAL

NOW COMES, JOSEPH "JOSE" LINO PADILLA, by and through his attorney, Michael J Cronkright, and states that notice is hereby given that Defendant Joseph Padilla appeals his Judgement of Conviction and Sentence entered on September 13th, 2023, in the above-entitled case, to the United States Court of Appeals for the District of Columbia.

Respectfully submitted:

/s *Michael J Cronkright*

_____

Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

/s *Michael J Cronkright*

_____

Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com