UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | Crim. No. 21-214 (JDB) |
| | Hon. John D. Bates |
| v. | |
| | **DEFENDANT'S REQUEST FOR** |
| JOSEPH LINO PADILLA | **COURT APPOINTED** |
| also known as "Jose Padilla," | **APPELLATE COUNSEL** |
| Defendant. | |

## DEFENDANT'S REQUEST FOR COURT
## APPOINTED APPELLATE COUNSEL

NOW COMES Defendant Joseph "Jose" Lino Padilla, by and through his trial attorney, Michael J Cronkright, and that this Honorable Court appoint appellate counsel for him. Defendant has previously been determined indigent by this Court and additionally requests that the Court waive appellate filing fees.

Respectfully submitted:

*Michael J Cronkright*

_____

Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request for Court Appointed Appellate Counsel is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

Respectfully submitted:

*Michael J Cronkright*

_____

Michael J Cronkright (P52671)