APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00214–JDB</u> All Defendants

Case title: USA v. PADILLA

Magistrate judge case number:  1:21–mj–00252–ZMF

Date Filed: 03/12/2021

Assigned to: Judge John D. Bates

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **JOSEPH LINO PADILLA** <br> *also known as* <br> JOSE PADILLA | represented by | **Michael J. Cronkright** <br> CRONKRIGHT LAW, PLLC <br> 4601 W. Saginaw <br> Suite J2a <br> Lansing, MI 48917 <br> 517–881–4643 <br> Fax: 517–913–6125 <br> Email: michael@cronkrightlaw.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

**Cadence Alexandra Mertz**
OFFCIE OF THE FEDERAL PUBLIC
DEFENDER
EDVA – Alexandria
1650 King Street
Suite 500
Alexandria, VA 22314
703–600–0840
Fax: 703–600–0880
Email: cadence_mertz@fd.org
*TERMINATED: 11/05/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Edward Robert Martin , Jr.**
ED MARTIN LAW FIRM
10017 Park Royal Drive
Great Falls, VA 22066
314–606–6462
Email: edmartin1791@gmail.com
*ATTORNEY TO BE NOTICED*

1

*Designation: Retained*

**Juli Zsuzsa Haller**
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW
Suite 900
S. Building
Washington, DC 20036
202−352−2615
Email: juli.haller@aflegal.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nathaniel C Wenstrup**
FEDERAL DEFENDERS FOR THE
EASTERN DISTRICT OF VIRGINIA
VA
1650 King Street
Ste 500
Alexandria, VA 22314
513−532−6730
Email: nate_wenstrup@fd.org
*TERMINATED: 11/05/2021*
*Designation: Public Defender or Community
Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (1) | DISMISSED ON GOVERNMENTS ORAL MOTION. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers. (1s) | DISMISSED ON GOVERNMENTS ORAL MOTION. |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers. (1ss) | 9/13/2023: Defendant sentenced to Seventy−Eight (78) months of incarceration, with credit for time served, to run concurrent with all counts ; followed by Twenty−Four(24) months of supervised release, to run concurrent with Counts 3ss−9ss; Special Assessment $100; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY. |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (2) | DISMISSED ON GOVERNMENTS ORAL MOTION. |

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(2s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon.
(2ss)

5/3/2023: DIRECT VERDIT OF NOT
GUILTY.

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(3)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon.
(3s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(3ss)

9/13/2023: Defendant sentenced to Sixty
(60) months of incarceration, with credit for
time served, to run concurrent with all
counts; followed by Twenty–Four(24)
months of supervised release, to run
concurrent with Counts 1ss, 4ss–9ss; Special
Assessment $100; Restitution $2000.
5/3/2023: DIRECT VERDIT OF GUILTY.

18:321(a)(3); CIVIL DISORDER; Civil
Disorder
(4)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(4s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon.
(4ss)

9/13/2023: Defendant sentenced to
Seventy–Eight (78) months of incarceration,
with credit for time served, to run concurrent
with all counts; followed by
Twenty–Four(24) months of supervised
release, to run concurrent with Counts
1ss,3ss,5ss–9ss; Special Assessment $100;
Restitution $2000. 5/3/2023: DIRECT
VERDIT OF GUILTY.

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers

DISMISSED ON GOVERNMENTS ORAL
MOTION.

Using a Dangerous Weapon
(5)

18:111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon.
(5s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

9/13/2023: Defendant sentenced to Sixty
(60) months of incarceration, with credit for
time served, to run concurrent with all
counts; followed by Twenty−Four(24)
months of supervised release, to run
concurrent with Counts 1ss,3ss,4ss,6ss−9ss;
Special Assessment $100; Restitution $2000.
5/3/2023: DIRECT VERDIT OF GUILTY.

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(5ss)

18:321(a)(3); CIVIL DISORDER; Civil
Disorder
(6)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(6s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting.
(6ss)

9/13/2023: Defendant sentenced to
Seventy−Eight (78) months of incarceration,
with credit for time served, to run concurrent
with all counts; followed by
Twenty−Four(24) months of supervised
release, to run concurrent with Counts
1ss,3ss−5ss,7ss−9ss; Special Assessment
$100; Restitution $2000. 5/3/2023: DIRECT
VERDIT OF GUILTY.

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(7)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting.
(7s)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

18:1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon.
(7ss)

9/13/2023: Defendant sentenced to
Seventy−Eight (78) months of incarceration,
with credit for time served, to run concurrent
with all counts; followed by
Twenty−Four(24) months of supervised
release, to run concurrent with Counts
1ss,3ss−6ss,8ss,9ss; Special Assessment

$100; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY.

18:1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(8)

DISMISSED ON GOVERNMENTS ORAL MOTION.

18:1752(a)(1) and (b)(1)(A)TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds with a Deadly or
Dangerous Weapon.
(8s)

DISMISSED ON GOVERNMENTS ORAL MOTION.

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon.
(8ss)

9/13/2023: Defendant sentenced to Seventy–Eight (78) months of incarceration, with credit for time served, to run concurrent with all counts; followed by Twenty–Four(24) months of supervised release, to run concurrent with Counts 1ss,3ss–7ss,9ss; Special Assessment $100; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY.

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(9)

DISMISSED ON GOVERNMENTS ORAL MOTION.

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon.
(9s)

DISMISSED ON GOVERNMENTS ORAL MOTION.

18:1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon.
(9ss)

9/13/2023: Defendant sentenced to Seventy–Eight (78) months of incarceration, with credit for time served, to run concurrent with all counts; followed by Twenty–Four(24) months of supervised release, to run concurrent with Counts 1ss,3ss–8ss; Special Assessment $100; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY.

18:1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical

DISMISSED ON GOVERNMENTS ORAL MOTION.

Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(10)

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon.
(10s)

DISMISSED ON GOVERNMENTS ORAL MOTION.

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building.
(10ss)

9/13/2023: Defendant sentenced to Six (6) months of incarceration, with credit for time served, to run concurrent with all counts; Special Assessment $10; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY.

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in the Capitol Grounds or Buildings
(11)

DISMISSED ON GOVERNMENTS ORAL MOTION.

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in the Capitol Grounds or Buildings.
(11s)

DISMISSED ON GOVERNMENTS ORAL MOTION.

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings.
(11ss)

9/13/2023: Defendant sentenced to Six (6) months of incarceration, with credit for time served, to run concurrent with all counts; Special Assessment $10; Restitution $2000. 5/3/2023: DIRECT VERDIT OF GUILTY.

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Acts of Physical Violence in the Capitol Grounds or Buildings
(12)

DISMISSED ON GOVERNMENTS ORAL MOTION.

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings.
(12s)

DISMISSED ON GOVERNMENTS ORAL MOTION.

**<u>Highest Offense Level (Opening)</u>**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:231(a)(3), 18:111(a)(1), and (b), 18:1752(a)(1), (b)(1)(A), 18:1752(a)(2), (b)(1)(A), 18:1752(a)(4), (b)(1)(A) and 40:5104(e)(2) | |

---

**Movant**

| **PRESS COALITION** | represented by | **Charles D. Tobin**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>202−661−2218<br>Fax: 202−661−2299<br>Email: tobinc@ballardspahr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|
| | | **Lauren Russell**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>202−661−2200<br>Fax: 202−661−2299<br>Email: russelll@ballardspahr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Maxwell S. Mishkin**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>(202) 508−1140<br>Fax: (202) 661−2299 |

Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**                                    represented by   **Andrew Haag**
                                                            USAO
                                                            Criminal Division
                                                            601 D Street NW
                                                            Washington, DC 20530
                                                            202–252–7755
                                                            Email: andrew.haag@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Douglas Burton Brasher**
                                                            DOJ–USAO
                                                            Northern District of Texas
                                                            1100 Commerce Street
                                                            Third Floor
                                                            Dallas, TX 75242
                                                            214–659–8604
                                                            Email: douglas.brasher@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Puja Bhatia**
                                                            DOJ–USAO
                                                            555 4th Street NW
                                                            Ste Office 9439
                                                            Washington, DC 20530
                                                            202–809–3575
                                                            Email: puja.bhatia@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Jacob Strain**
                                                            DOJ–USAO
                                                            Lrm Atencio,Barbara
                                                            111 South Main Street
                                                            #1800
                                                            Salt Lake City, UT 84111
                                                            801–325–3285
                                                            Email: jacob.strain@usdoj.gov
                                                            *TERMINATED: 03/03/2022*
                                                            *Designation: Assistant U.S. Attorney*

**Karen E. Rochlin**
DOJ–USAO
99 Northeast 4th Street
Miami, FL 33132
305–961–9234
Email: karen.rochlin@usdoj.gov
*TERMINATED: 04/06/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2021 | 1 | COMPLAINT as to JOSEPH LINO PADILLA (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21−mj−00252−ZMF] (Entered: 02/23/2021) |
| 02/23/2021 | | Arrest of JOSEPH LINO PADILLA. (ztl) (Entered: 03/31/2021) |
| 03/05/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE Jacob Strain appearing for USA. (Strain, Jacob) [1:21−mj−00252−ZMF] (Entered: 03/05/2021) |
| 03/09/2021 | 4 | MEMORANDUM in Support of Pretrial Detention by USA as to JOSEPH LINO PADILLA (Strain, Jacob) [1:21−mj−00252−ZMF] (Entered: 03/09/2021) |
| 03/11/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE Puja Bhatia appearing for USA. (Bhatia, Puja) [1:21−mj−00252−ZMF] (Entered: 03/11/2021) |
| 03/12/2021 | 6 | INDICTMENT as to JOSEPH LINO PADILLA (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12. (bb) (Entered: 03/16/2021) |
| 03/29/2021 | | Set/Reset Hearings as to JOSEPH LINO PADILLA: Arraignment set for 3/30/2021 at 11:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 03/29/2021) |
| 03/29/2021 | 10 | Arrest Warrant Returned Executed on 2/23/2021 in the Eastern District of Tennessee as to JOSEPH LINO PADILLA. (ztl) (Entered: 03/31/2021) |
| 03/29/2021 | | ORAL MOTION to Appoint Counsel by JOSEPH LINO PADILLA. (ztl) (Entered: 03/31/2021) |
| 03/29/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to JOSEPH LINO PADILLA held on 3/29/2021. Defendant present by video. Oral Motion to Appoint Counsel by JOSEPH LINO PADILLA (1); heard and granted. Arraignment/Status Hearing set for 3/30/2021 at 11:30 AM by Telephonic/VTC before Judge John D. Bates. Detention Hearing set for 3/31/2021 at 10:30 AM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: Nancy Meyer; Defense Attorney: Nathaniel Wenstrup; US Attorney: Jacob Steiner for Puja Bhatia and Jacob Strain; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 03/31/2021) |
| 03/30/2021 | 8 | DUE PROCESS PROTECTIONS ACT ORDER as to JOSEPH LINO PADILLA. Signed by Judge John D. Bates on 03/03/2021. (tb) (Entered: 03/30/2021) |
| 03/30/2021 | | Minute Entry: Arraignment as to JOSEPH LINO PADILLA (1) held on 3/30/2021 before Judge John D. Bates on Counts 1,2,3,4,5,6,7,8,9,10,11 and 12. Plea of NOT GUILTY entered by JOSEPH LINO PADILLA (1) on all Counts. Status Conference set for 4/5/2021 at 04:00 PM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 03/30/2021 and |

| | | |
|---|---|---|
| | | 04/05/2021 shall be excluded from the speedy trial calculation. Defendant remains incarcerated.; Court Reporter: Bryan Wayne; Defense Attorney: Nate Wenstrup; US Attorney: Puja Bhatia and Jacob Strain. (tb) (Entered: 03/30/2021) |
| 03/30/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Nathaniel C Wenstrup appearing for JOSEPH LINO PADILLA (Wenstrup, Nathaniel) (Main Document 9 replaced on 3/31/2021) (zhsj). (Entered: 03/30/2021) |
| 03/31/2021 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to JOSEPH LINO PADILLA. (ztl) (Entered: 03/31/2021) |
| 03/31/2021 | | ORAL MOTION for Release from Custody by JOSEPH LINO PADILLA. (ztl) (Entered: 03/31/2021) |
| 03/31/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Detention Hearing as to JOSEPH LINO PADILLA held on 3/31/2021. Defendant present by video. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to JOSEPH LINO PADILLA (1); heard and granted. Oral Motion for Release from Custody by JOSEPH LINO PADILLA (1); heard and denied. Government Exhibits 1–9.Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: Lorraine Herman; Defense Attorney: Nathaniel Wenstrup; US Attorney: Puja Bhatia and Jacob Strain; Pretrial Officer: John Copes. (ztl) (Entered: 03/31/2021) |
| 04/05/2021 | | Minute Entry for Status Hearing as to JOSEPH LINO PADILLA held by video before Judge John D. Bates on 4/5/2021 : The defendant consents to holding the hearing by video. The defense agrees to a 30–day continuance and to the entry of a protective order. Further Status Hearing set for 5/12/2021 at 10:00 AM by telephonic/VTC before Judge John D. Bates. The Court, upon the joint oral motion by the defense and the Government, excludes the time between 4/5/2021 and 5/12/2021 from computation under the Speedy Trial Act for purposes of production and review of discovery, in the interest of justice. Bond Status of Defendant: Defendant remains committed. Court Reporter: Bryan Wayne. Defense Attorney: Nathaniel Wenstrup; U.S. Attorneys: Jacob Strain and Puja Bhatia. (kk) (Entered: 04/05/2021) |
| 04/05/2021 | 11 | Unopposed MOTION to Continue by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Text of Proposed Order)(Strain, Jacob) (Entered: 04/05/2021) |
| 04/05/2021 | 12 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to JOSEPH LINO PADILLA. (See Docket Entry 11 to View Document). (zhsj) (Entered: 04/06/2021) |
| 04/08/2021 | 13 | Unopposed MOTION for Protective Order by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Text of Proposed Order)(Strain, Jacob) (Entered: 04/08/2021) |
| 04/09/2021 | 14 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to JOSEPH LINO PADILLA. Signed by Judge John D. Bates on 04/09/2021. (tb) (Entered: 04/09/2021) |
| 04/13/2021 | | MINUTE ORDER as to JOSEPH LINO PADILLA: Upon consideration of 11 the government's unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, the representations made at the status hearing held on April 5, 2021, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that this proceeding is continued until a further status hearing set for May 12, 2021 at 10:00 a.m.; and it is further ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), & (B)(ii), and given defendant's waiver of his rights |

| | | |
|---|---|---|
| | | under the Speedy Trial Act, the time period from April 5, 2021 until May 12, 2021 is hereby excluded from the computation of time within which a trial must commence under the Speedy Trial Act and that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial. SO ORDERED by Judge John D. Bates on 04/13/2021. (tb) (Entered: 04/13/2021) |
| 04/15/2021 | 15 | MOTION to Revoke *Detention Order* by JOSEPH LINO PADILLA. (Wenstrup, Nathaniel) (Entered: 04/15/2021) |
| 04/15/2021 | | Set/Reset Hearings as to JOSEPH LINO PADILLA: Detention Hearing set for 4/28/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 04/15/2021) |
| 04/15/2021 | 16 | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Bhatia, Puja) (Entered: 04/15/2021) |
| 04/16/2021 | 17 | MOTION for Disclosure *of 6(e) AND SEALED MATERIALS* by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Text of Proposed Order)(Strain, Jacob) (Entered: 04/16/2021) |
| 04/16/2021 | | MINUE ORDER as to JOSEPH LINO PADILLA: Upon consideration of 15 defendant's Motion to Revoke Detention Order, and the entire record herein, it is hereby ORDERED that the government shall file its response to defendant's motion by not later than April 21, 2021; it is further ORDERED that defendant shall file his reply in support of his motion by not later than April 23, 2021; and it is further ORDERED that a hearing is set for April 28, 2021 at 10:00 a.m. by videoconference. SO ORDERED by Judge John D. Bates on 04/16/2021. (tb) (Entered: 04/16/2021) |
| 04/16/2021 | 18 | ORDER: Granting 17 Motion for Disclosure as to JOSEPH LINO PADILLA (1). Signed by Judge John D. Bates on 04/16/2021. (tb) (Entered: 04/16/2021) |
| 04/19/2021 | 19 | Unopposed MOTION to Continue by JOSEPH LINO PADILLA. (Attachments: # 1 Text of Proposed Order)(Wenstrup, Nathaniel) (Entered: 04/19/2021) |
| 04/19/2021 | | MINUTE ORDER as to JOSEPH LINO PADILLA: Upon consideration of 19 defendant's Unopposed Motion to Continue, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the schedule set in the Court's April 16, 2021 Minute Order is MODIFIED as follows: the government shall file its response to 15 defendant's Motion to Revoke Detention Order by not later than April 26, 2021; defendant shall file his reply in support of his motion by not later than April 28, 2021; and the hearing set for April 28, 2021 is RESCHEDULED to May 3, 2021 at 2:00 p.m. by videoconference. SO ORDERED by Judge John D. Bates on 04/19/2021. (tb) (Entered: 04/19/2021) |
| 04/20/2021 | 20 | Memorandum in Opposition by USA as to JOSEPH LINO PADILLA re 15 MOTION to Revoke *Detention Order* (Strain, Jacob) (Entered: 04/20/2021) |
| 04/21/2021 | 21 | TRANSCRIPT OF PROCEEDINGS in case as to JOSEPH LINO PADILLA before Magistrate Judge Zia M. Faruqui held on 03/29/2021. Page Numbers: 1–11. Date of Issuance: 04/19/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript |

| | | |
|---|---|---|
| | | formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 5/12/2021. Redacted Transcript Deadline set for 5/22/2021. Release of Transcript Restriction set for 7/20/2021.(Meyer, Nancy) (Entered: 04/21/2021) |
| 04/21/2021 | 22 | REPLY TO OPPOSITION to Motion by JOSEPH LINO PADILLA re 15 MOTION to Revoke *Detention Order* (Wenstrup, Nathaniel) (Entered: 04/21/2021) |
| 04/21/2021 | 23 | ORDER OF DETENTION PENDING TRIAL – Defendant Held Without Bond as to JOSEPH LINO PADILLA. Signed by Magistrate Judge Zia M. Faruqui on 4/21/2021. (ztl) (Entered: 04/26/2021) |
| 05/03/2021 | | Minute Entry: Bond Hearing as to JOSEPH LINO PADILLA held on 5/3/2021 before Judge John D. Bates: re 5 Motion to Revoke Detention; motion heard and taken under advisement. Government exhibits 1–4 and 6 were videos; exhibits (5, 7–17) still shots; exhibits 5, 7–9 images; and exhibits 10–17 clips from social media postings. The parties discussed protective order and discovery. Defendant remains detained. Court Reporter: Elizabeth Saint–Loth; Defense Attorney: Nathaniel Wenstrup; US Attorney: Puja Bhatina and Jacob Strain; Pretrial Officer: Christine Schuck. (tb) (Entered: 05/04/2021) |
| 05/04/2021 | 24 | MEMORANDUM OPINION as to JOSEPH LINO PADILLA. Signed by Judge John D. Bates on 05/04/2021. (tb) (Entered: 05/04/2021) |
| 05/04/2021 | 25 | ORDER: Denying 15 Motion to Revoke as to JOSEPH LINO PADILLA (1). Signed by Judge John D. Bates on 05/04/2021. (tb) (Entered: 05/04/2021) |
| 05/05/2021 | 26 | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Bhatia, Puja) (Entered: 05/05/2021) |
| 05/06/2021 | 27 | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 05/06/2021) |
| 05/12/2021 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 5/12/2021 before Judge John D. Bates: Parties discussed disposition. Status Conference set for 6/11/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 05/12/2021 and 06/11/2021 shall be excluded from the speedy trial calculation. Defendant remains detained. Court Reporter: Bryan Wayne; Defense Attorney: Nathaniel Wenstrup; US Attorney: Jacob Strain. (tb) (Entered: 05/13/2021) |
| 05/17/2021 | 28 | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 05/17/2021) |
| 06/04/2021 | 29 | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 06/04/2021) |

| 06/11/2021 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 6/11/2021 before Judge John D. Bates: Parties discussed discovery. Another Video (VTC) Status Conference set for 8/25/2021 at 2:00 PM before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 6/11/2021 and 8/25/2021 shall be excluded from the speedy trial calculation. Defendant remains detained. Court Reporter: Lisa Moreira; Defense Attorney: Nathaniel Wenstrup; US Attorney: Jacob Strain. (jth) (Entered: 06/11/2021) |
|---|---|---|
| 07/12/2021 | 30 | MEMORANDUM Regarding Status of Discovery by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Examples of Defense Discovery Requests)(Strain, Jacob) Modified Text on 7/13/2021 (zhsj). (Entered: 07/12/2021) |
| 08/24/2021 | 31 | NOTICE of Status of Discovery by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 08/24/2021) |
| 08/25/2021 | 32 | MEMORANDUM in Support of August 25, 2021 Oral Motion to Continue Trial and to Exclude Time Under the Speedy Trial Act by USA as to JOSEPH LINO PADILLA. (Strain, Jacob) Modified Text on 8/26/2021 (zhsj). (Entered: 08/25/2021) |
| 08/25/2021 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 8/25/2021 before Judge John D. Bates: Government discussed overview regarding discovery. Government will submit proposed speedy trial order by not later than 08/30/2021. Status Conference set for 10/14/2021 at 01:00 PM in Telephonic/VTC before Judge John D. Bates. Written order regarding speedy trial forthcoming. Defendant remains detained. Court Reporter: Jan Dickman; Defense Attorney: Nathaniel Wenstrup; US Attorney: Jacob Strain and Emily Miller. (tb) (Entered: 08/26/2021) |
| 08/26/2021 | 33 | NOTICE OF ATTORNEY APPEARANCE: Cadence Alexandra Mertz appearing for JOSEPH LINO PADILLA (Mertz, Cadence) (Entered: 08/26/2021) |
| 08/26/2021 | 34 | ORDER as to JOSEPH LINO PADILLA excluding time under the Speedy Trial Act from August 25, 2021 through August 31, 2021. See text of Order for details. Signed by Judge John D. Bates on 08/26/2021. (tb) Modified on 8/31/2021 (tb). (Entered: 08/26/2021) |
| 09/03/2021 | 35 | ORDER as to JOSEPH LINO PADILLA excluding time under the Speedy Trial Act from August 31, 2021 through October 14, 2021. See text of Order for details. Signed by Judge John D. Bates on 09/03/2021. (tb) (Entered: 09/03/2021) |
| 09/15/2021 | 36 | TRANSCRIPT OF PROCEEDINGS in case as to JOSEPH LINO PADILLA before Judge John D. Bates held on August 25, 2021; Page Numbers: 1–21. Date of Issuance:September 15, 2021. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the co urt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/6/2021. Redacted Transcript Deadline set for 10/16/2021. Release of Transcript Restriction set for 12/14/2021.(Dickman, Janice) (Entered: 09/15/2021) |
| 09/16/2021 | 37 | Application for Access to Video Exhibits by PRESS COALITION as to JOSEPH LINO PADILLA. (bb) (Entered: 09/16/2021) |
| 09/16/2021 | 38 | RESPONSE by USA as to JOSEPH LINO PADILLA re 37 MOTION to Access (Strain, Jacob) (Entered: 09/16/2021) |
| 09/17/2021 | 39 | RESPONSE by JOSEPH LINO PADILLA re 37 MOTION to Access *Video Exhibits* (Mertz, Cadence) (Entered: 09/17/2021) |
| 09/17/2021 | | MINUTE ORDER: Upon consideration of 37 the Press Coalition's Application for Access to Video Exhibits, 38 & 39 the parties' lack of opposition to the Application, and the entire record herein, it is hereby ORDERED that the Application is GRANTED; it is further ORDERED that the government shall promptly make the May 3, 2021 detention hearing video exhibits available to petitioners without restrictions, including by providing access using the "drop box" technical solution described in Standing Order 21–28, In re: Media Access to Video Exhibits in Pretrial Capitol Cases; and it is further ORDERED that petitioners are permitted to record, copy, download, retransmit, and otherwise further publish those videos. SO ORDERED by Judge John D. Bates on 09/17/2021. (tb) (Entered: 09/17/2021) |
| 09/20/2021 | 40 | NOTICE *of Status of Discovery* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 09/20/2021) |
| 10/14/2021 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 10/14/2021 before Judge John D. Bates: Status Conference set for 11/15/2021 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 10/14/2021 and 11/15/2021 shall be excluded from the speedy trial calculation. Order regarding speedy trial forthcoming. Defendant remains detained. Court Reporter: Bryan Wayne; Defense Attorney: Cadence Mertz; US Attorney: Jacob Strain. (tb) Modified on 10/15/2021 (tb). (Entered: 10/15/2021) |
| 10/21/2021 | 42 | NOTICE *of Status of Discovery* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 10/21/2021) |
| 10/25/2021 | 43 | MOTION for Leave to Appear Pro Hac Vice Michael Cronkright Filing fee $ 100, receipt number ADCDC−8821658. Fee Status: Fee Paid. by JOSEPH LINO PADILLA. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Text of Proposed Order)(Haller, Juli) (Entered: 10/25/2021) |
| 10/25/2021 | | MINUTE ORDER: Upon consideration of 43 the motion for admission of Michael J. Cronkright to appear pro hac vice, it is hereby ORDERED that the motion is DENIED for failure to comply with Local Criminal Rule 44.1(d)'s requirement that the accompanying declaration list the attorney's full name and the number of times the attorney has been admitted pro hac vice in this Court within the last two years. SO ORDERED. Signed by Judge John D. Bates on 10/25/2021. (lcjdb2) (Entered: 10/25/2021) |
| 10/27/2021 | 44 | MOTION for Leave to Appear Pro Hac Vice Michael Cronkright Filing fee $ 100, receipt number ADCDC−8826476. Fee Status: Fee Paid. by JOSEPH LINO |

| | | |
|---|---|---|
| | | PADILLA. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit, # <u>3</u> Text of Proposed Order)(Haller, Juli) (Entered: 10/27/2021) |
| 10/27/2021 | | MINUTE ORDER: Upon consideration of <u>44</u> the motion for admission of Michael J. Cronkright to appear pro hac vice, and pursuant to Local Criminal Rule 44.1(d), it is hereby ORDERED that the motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** **<u>Click for Instructions</u>**. SO ORDERED. Signed by Judge John D. Bates on 10/27/2021. (lcjdb2) (Entered: 10/27/2021) |
| 11/05/2021 | <u>45</u> | MOTION for Leave to Appear Attorney Attorney: Michael Cronkright., MOTION to Substitute by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 11/05/2021) |
| 11/05/2021 | <u>46</u> | NOTICE *of Status of Discovery* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 11/05/2021) |
| 11/05/2021 | | MINUTE ORDER: Upon consideration of <u>45</u> defendants motion for substitution of counsel, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Michael J. Cronkright is designated as counsel for defendant. SO ORDERED by Judge John D. Bates on 11/05/2021. (tb) (Entered: 11/05/2021) |
| 11/10/2021 | <u>47</u> | NOTICE OF ATTORNEY APPEARANCE: Edward Robert Martin, Jr appearing for JOSEPH LINO PADILLA (Martin, Edward) (Entered: 11/10/2021) |
| 11/10/2021 | <u>48</u> | SUPERSEDING INDICTMENT as to JOSEPH LINO PADILLA (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s. (zhsj) (Entered: 11/16/2021) |
| 11/12/2021 | | Set/Reset Hearings as to JOSEPH LINO PADILLA: Status Conference reset for 11/15/2021 at 12:30 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 11/12/2021) |
| 11/15/2021 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 11/15/2021 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 1/26/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. Order regarding speedy trial forthcoming. Defendant remains detained. Court Reporter: Bryan Wayne; Defense Attorney: Michael Cronkright; US Attorney: Jacob Strain. (tb) (Entered: 11/15/2021) |
| 01/26/2022 | <u>51</u> | ORDER excluding time between January 26, 2022 and April 6, 2022 under the Speedy Trial Act. See text for details. Signed by Judge John D. Bates on 1/26/2022. (lcjdb2) (Entered: 01/26/2022) |
| 01/26/2022 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 1/26/2022 before Judge John D. Bates: Parties discussed discovery. Government shall produce discovery and if not complete, Mr. Emily Miller shall appear at the next scheduled hearing. Status Conference set for 4/6/2022 at 10:30 AM in Telephonic/VTC before Judge John D. Bates. The Court will issue a written order regarding speedy trial exclusion. Defendant remains detained. Court Reporter: Jan Dickman; Defense Attorney: Michael Cronkright; US Attorney: Jacob Strain. (tb) Modified corrected court reporter on 1/27/2022 (tb). (Entered: 01/27/2022) |
| 01/27/2022 | <u>52</u> | NOTICE *OF DISCOVERY* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 01/27/2022) |

| 02/10/2022 | 53 | NOTICE *of Status of Discovery* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 02/10/2022) |
|---|---|---|
| 03/03/2022 | 54 | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 03/03/2022) |
| 03/03/2022 | 55 | NOTICE OF WITHDRAWAL OF APPEARANCE *of AUSA Jacob Strain* by USA as to JOSEPH LINO PADILLA (Strain, Jacob) (Entered: 03/03/2022) |
| 03/22/2022 | 56 | NOTICE OF ATTORNEY APPEARANCE Douglas Burton Brasher appearing for USA. (Brasher, Douglas) (Entered: 03/22/2022) |
| 04/06/2022 | 57 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to JOSEPH LINO PADILLA (Rochlin, Karen) (Entered: 04/06/2022) |
| 04/06/2022 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 4/6/2022 before Judge John D. Bates: Parties discussed discovery. Another Status Conference is set for 6/8/2022 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. The Court makes a finding that it is in the Interests of Justice that the time between 4/6/2022 and 6/8/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Defendant remains detained. Court Reporter: Lisa Bankins; Defense Attorney: Michael J. Cronkright; US Attorneys: Douglas Brasher and Emily Miller. (jth) (Entered: 04/06/2022) |
| 06/08/2022 | | MINUTE ORDER: It is hereby ORDERED that the time between June 8, 2022 and August 10, 2022 is excluded from the speedy trial calculation. The Court finds that such an exclusion is in the interests of justice since the case was continued on defendant's request, defendant consents to the exclusion, and the exclusion will grant counsel additional time to review discovery and determine what course this case will take. SO ORDERED. Signed by Judge John D. Bates on 6/8/2022. (lcjdb2) (Entered: 06/08/2022) |
| 06/08/2022 | | Minute Entry for proceedings held before Judge John D. Bates: Case not called/Status Conference not held. Defendant not present. Status Conference continued to 8/10/2022 at 12:15 PM in Telephonic/VTC before Judge John D. Bates. Minute Order regarding waiver of Speedy Trial forthcoming from chambers. Bond Status of Defendant: Remains Committed/Did Not Appear; Court Reporter: Jeffrey Hook; Defense Attorney: Michael Cronkright; US Attorney: Douglas Brasher. (zacr) (Entered: 06/08/2022) |
| 08/10/2022 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 8/10/2022 before Judge John D. Bates: Parties discussed discovery, the Court wants to move this case forward. Another Video Status Conference is set for 10/17/2022 at 9:30 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 8/10/2022 and 10/17/2022 shall be excluded from the speedy trial calculation. Defendant remains detained. Court Reporter: Lisa Bankins; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher. (jth) (Entered: 08/10/2022) |
| 10/17/2022 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 10/17/2022 before Judge John D. Bates: Parties discussed posture of case. Pretrial Motions due by 1/3/2023. Responses due by 1/17/2023. Replies due by 1/31/2023. Status Report due by 12/1/2022. Status Conference set for 3/1/2023 at 10:30 AM in Telephonic/VTC before Judge John D. Bates. Jury Trial set for 5/1/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. The Court finds in the interest of justice |

| | | |
|---|---|---|
| | | (XT) that the time between 10/17/222 and 03/01/23 shall be excluded from the speedy trial calculation. Defendant remains detained. Court Reporter: Lisa Moreira; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher. (tb) (Entered: 10/18/2022) |
| 12/01/2022 | 59 | STATUS REPORT *Status Memorandum* by JOSEPH LINO PADILLA (Cronkright, Michael) Modified event title on 12/6/2022 (znmw). (Entered: 12/01/2022) |
| 12/27/2022 | 60 | MOTION to Dismiss Count by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 12/27/2022) |
| 01/03/2023 | 61 | MOTION for Release from Custody by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 01/03/2023) |
| 01/03/2023 | 62 | MOTION for Discovery by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 01/03/2023) |
| 01/11/2023 | | MINUTE ORDER: It is hereby ORDERED that the status conference set for March 1, 2023 at 10:30 a.m. is RESCHEDULED to February 15, 2023 at 2:00 p.m. via Telephonic/VTC. Signed by Judge John D. Bates on 1/11/2023. (lcjdb2) (Entered: 01/11/2023) |
| 01/17/2023 | 63 | Memorandum in Opposition by USA as to JOSEPH LINO PADILLA re 60 Motion to dismiss count(s) (Brasher, Douglas) (Entered: 01/17/2023) |
| 01/17/2023 | 64 | Memorandum in Opposition by USA as to JOSEPH LINO PADILLA re 61 Motion for Release from Custody (Brasher, Douglas) (Entered: 01/17/2023) |
| 01/17/2023 | 65 | Memorandum in Opposition by USA as to JOSEPH LINO PADILLA re 62 Motion for Discovery (Brasher, Douglas) (Entered: 01/17/2023) |
| 01/18/2023 | | Set/Reset Hearings as to JOSEPH LINO PADILLA:Status Conference reset for 2/15/2023 at 02:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 01/18/2023) |
| 01/31/2023 | 66 | REPLY to 64 Government's Opposition to 61 Motion to Revoke the Detention Oder and Re–Open the Record by JOSEPH LINO PADILLA. (Cronkright, Michael) Modified on 2/1/2023 (zhsj). (Entered: 01/31/2023) |
| 02/13/2023 | 67 | ORDER denying defendant Joseph Lino Padilla's 60 motion to dismiss, 61 motion for release from custody, and 62 motion for discovery. See text of Order and accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 2/13/2023. (lcjdb2) (Entered: 02/13/2023) |
| 02/13/2023 | 68 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 2/13/2023. (lcjdb2) (Entered: 02/13/2023) |
| 02/15/2023 | 69 | NOTICE OF ATTORNEY APPEARANCE Andrew Haag appearing for USA. (Haag, Andrew) (Entered: 02/15/2023) |
| 02/15/2023 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 2/15/2023 before Judge John D. Bates: Parties discuss trial. Exhibit List due by 4/4/2023. Motion in Limine due by 3/10/2023. Proposed Voir Dire due by 4/4/2023. Proposed Jury Instructions due by 4/4/2023. Response due by 3/24/2023. Reply due by 3/31/2023. Witness List due by 4/4/2023. Pretrial Conference set for 4/6/2023 at 02:00 PM in Courtroom 30A– In Person before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 02/15/23 and 05/01/23 shall be |

| | | |
|---|---|---|
| | | excluded from the speedy trial calculation. Defendant remains detained. Court Reporter: Elizbeth Saint–Loth; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher and Andrew Haag. (tb) (Entered: 02/16/2023) |
| 02/23/2023 | 70 | MOTION for Discovery *Request for Access to Discovery* by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 02/23/2023) |
| 02/24/2023 | | MINUTE ORDER: It is hereby ORDERED that the government shall respond to 70 defendant's motion for access to discovery by not later than March 3, 2023. Signed by Judge John D. Bates on 2/24/2023. (lcjdb2) (Entered: 02/24/2023) |
| 02/27/2023 | | Set/Reset Deadlines as to JOSEPH LINO PADILLA: Response due by 3/3/2023. (tb) (Entered: 02/27/2023) |
| 03/02/2023 | 71 | Memorandum in Opposition by USA as to JOSEPH LINO PADILLA re 70 Motion for Discovery *Access* (Haag, Andrew) (Entered: 03/02/2023) |
| 03/09/2023 | 72 | MOTION in Limine *Regarding Cross–Examination of U.S. Secret Service Witness* by USA as to JOSEPH LINO PADILLA. (Haag, Andrew) (Entered: 03/09/2023) |
| 03/09/2023 | 73 | MOTION in Limine *Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras* by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Affidavit)(Haag, Andrew) (Entered: 03/09/2023) |
| 03/14/2023 | 74 | ORDER denying in part and holding in abeyance in part 70 defendant's motion for access to discovery. See text of Order for details. Signed by Judge John D. Bates on 3/14/2023. (lcjdb2) (Entered: 03/14/2023) |
| 03/14/2023 | | Set/Reset Deadline as to JOSEPH LINO PADILLA: Joint Status Report due by 3/29/2023. (jth) (Entered: 03/15/2023) |
| 03/24/2023 | 75 | RESPONSE to 72 MOTION in Limine by JOSEPH LINO PADILLA. (Cronkright, Michael) Modified on 3/27/2023 (zhsj). (Entered: 03/24/2023) |
| 03/24/2023 | 76 | Joint STATUS REPORT *Regarding the Court's Order in ECF 74* by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 03/24/2023) |
| 03/31/2023 | 77 | REPLY in Support by USA as to JOSEPH LINO PADILLA re 72 MOTION in Limine *Regarding Cross–Examination of U.S. Secret Service Witness* (Haag, Andrew) (Entered: 03/31/2023) |
| 04/04/2023 | 78 | WITNESS LIST by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 04/04/2023) |
| 04/04/2023 | 79 | EXHIBIT LIST by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 04/04/2023) |
| 04/04/2023 | 80 | Proposed Jury Instructions by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 04/04/2023) |
| 04/06/2023 | | Minute Entry: Status Conference as to JOSEPH LINO PADILLA held on 4/6/2023 before Judge John D. Bates: Parties discussed posture of case. The Court grants 72 Motion in Limine as to JOSEPH LINO PADILLA (1) and 73 Motion in Limine as to JOSEPH LINO PADILLA (1). Trial briefs due by 4/25/2023. Exhibit List due by 4/13/2023. Witness List due by 4/13/2023. Jury trial set for 05/01/23 is now converted to a bench trial at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains detained. Court Reporter: Bryan Wayne; Defense Attorney: |

| | | Michael J. Cronkright; US Attorney: Douglas Burton Brasher and Andrew Haag. (tb) (Entered: 04/07/2023) |
|---|---|---|
| 04/06/2023 | 81 | WAIVER of Trial by Jury as to JOSEPH LINO PADILLA. Signed by Judge John D. Bates on 04/06/23. (tb) (Entered: 04/07/2023) |
| 04/12/2023 | 82 | SECOND SUPERSEDING INDICTMENT as to JOSEPH LINO PADILLA (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss. (zhsj) (Entered: 04/13/2023) |
| 04/13/2023 | 84 | WITNESS LIST by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 04/13/2023) |
| 04/13/2023 | 85 | EXHIBIT LIST by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 04/13/2023) |
| 04/25/2023 | 87 | TRIAL BRIEF by USA as to JOSEPH LINO PADILLA (Brasher, Douglas) (Entered: 04/25/2023) |
| 04/26/2023 | 88 | TRIAL BRIEF by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 04/26/2023) |
| 04/26/2023 | | MINUTE ORDER: Upon consideration of 86 the government's sealed motion for leave to file a motion in limine under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED in part; it is further ORDERED that the government may it may file a revised motion in limine on the public docket with the name and personal identifying information of the officer referenced in the motion redacted, by not later than the close of business today; it is further ORDERED that if the government files a revised motion, the defendant shall file any response to it, which shall also redact the name and identifying information of the officer, by not later than the close of business on April 27, 2023; and it is further ORDERED that the government shall file a reply in support of its motion, if any, by not later than 12:00 p.m. on April 28, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/26/2023. (lcjdb2) (Entered: 04/26/2023) |
| 04/26/2023 | 89 | MOTION in Limine *to Preclude Certain Evidence* by USA as to JOSEPH LINO PADILLA. (Attachments: # 1 Exhibit)(Haag, Andrew) (Entered: 04/26/2023) |
| 04/27/2023 | | Set/Reset Deadlines as to JOSEPH LINO PADILLA: Response due by 4/27/2023. Reply due by 4/28/2023. (tb) (Entered: 04/27/2023) |
| 04/30/2023 | 90 | WITNESS LIST by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 04/30/2023) |
| 04/30/2023 | 91 | EXHIBIT LIST by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 04/30/2023) |
| 05/01/2023 | 92 | EXHIBIT LIST by USA as to JOSEPH LINO PADILLA (Haag, Andrew) (Entered: 05/01/2023) |
| 05/01/2023 | | Minute Entry: Arraignment/Bench Trial as to JOSEPH LINO PADILLA (1) held on 5/1/2023 held before Judge John D. Bates on Counts 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss: Plea of NOT GUILTY entered by JOSEPH LINO PADILLA on counts 1ss through 11ss. Opening statements. Government witnesses: Jason Cropper; Owais Akhtar; Paul Riley; Carneysha Mendoza; Mac Montana and Oscar Corada. Bench Trial resumes on 5/2/2023 at 09:30 |

| | | |
|---|---|---|
| | | AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains detained. Court Reporter: Tammi Sefranek; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher and Andrew Haag. (tb) (Entered: 05/02/2023) |
| 05/02/2023 | | Minute Entry: Bench Trial resumes as to JOSEPH LINO PADILLA held on 5/2/2023 held before Judge John D. Bates: Government witness: Mac Montana. Government rested. Defendant's opening statement. Defendant witness: Joseph Padilla. Defendant rested. Bench Trial continued to 5/3/2023 at 10:00 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains detained. Court Reporter: Tammi Sefranek; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher and Andrew Haag. (tb) (Entered: 05/03/2023) |
| 05/03/2023 | | Minute Entry: Bench Trial resumed and concluded on 05/03/23 as to JOSEPH LINO PADILLA before Judge John D. Bates on Counts 1ss thru 11ss: Closing arguments; Judge's ruling. COURT'S VERDICT as to JOSEPH LINO PADILLA (1), GUILTY on counts 1ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss and 11ss. NOT GUILTY on Count 2ss. Sentencing memoranda due by 9/6/2023. Sentencing set for 9/13/2023 at 02:00 PM in Courtroom 30A– In Person before Judge John D. Bates. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to JOSEPH LINO PADILLA. Defendant remains detained. Court Reporter: Tammi Sefranek; Defense Attorney: Michael J. Cronkright; US Attorney: Douglas Burton Brasher and Andrew Haag. (tb) (Entered: 05/04/2023) |
| 05/03/2023 | 94 | STIPULATIONS (2) by USA and JOSEPH LINO PADILLA (Attachments: (2) Stipulations)(tb) (Entered: 05/04/2023) |
| 09/06/2023 | 100 | SENTENCING MEMORANDUM by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 09/06/2023) |
| 09/07/2023 | 101 | SENTENCING MEMORANDUM by USA as to JOSEPH LINO PADILLA (Brasher, Douglas) (Entered: 09/07/2023) |
| 09/11/2023 | 103 | SENTENCING MEMORANDUM by JOSEPH LINO PADILLA (Cronkright, Michael) (Entered: 09/11/2023) |
| 09/13/2023 | | Minute Entry for Sentencing proceeding held on 9/13/2023 before Judge John D. Bates as to JOSEPH LINO PADILLA on Counts 1ss, 3ss–11ss. Defendant sentenced to Seventy–Eight (78) months as to each of Counts 4ss and 6ss, Seventy–Eight (78) months on Count 1ss, Sixty (60) months on each of Counts 3ss and 5ss, Seventy–Eight (78) months on each of Counts 7ss–9ss, and Six (6) months on each of Counts 10ss and 11ss, with credit for time served, to run concurrently. Followed by Twenty–Four (24) months of supervised release as to each of Counts 1ss, 3ss–9ss, to run concurrently; Special assessment of $100 on Counts 1ss and 3ss–9ss, $10 on Counts 10ss and 11ss (for a total of $820); Restitution of $2000. All remaining counts dismissed on Government's oral motion. Bond Status of Defendant: Committed/Commitment Issued; Defense Attorney: Michael J. Cronkright; US Attorney: Andrew Haag and Douglas B. Brasher; Prob Officer: Aidee Gavito; Court Reporter: Bryan Wayne. (zed) (Entered: 09/14/2023) |
| 09/18/2023 | | MINUTE ORDER: It is hereby ORDERED that the judgment imposed on September 13, 2023, is amended as follows: the restitution shall be paid in equal monthly installments of $100 over a period of 20 months, to commence 30 days after September 13, 2023. Signed by Judge John D. Bates on 9/18/2023. (lcjdb2) (Entered: 09/18/2023) |

| 09/18/2023 | 104 | JUDGMENT as to JOSEPH LINO PADILLA. Statement of Reasons Not Included. Signed by Judge John D. Bates on 9/18/2023. (Attachments: # 1 Amended Judgment Imposed Regarding Restitution) (zhsj) (Main Document 104 replaced on 9/28/2023) (zltp). (Entered: 09/26/2023) |
|---|---|---|
| | | *Main Document* |
| | | Attachment # 1 *Amended Judgment Imposed Regarding Restitution* |
| 09/18/2023 | 107 | STATEMENT OF REASONS as to JOSEPH LINO PADILLA. re 104 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge John D. Bates on 9/18/2023. (zltp) (Entered: 09/28/2023) |
| 09/27/2023 | 105 | ENTERED IN ERROR.....NOTICE by JOSEPH LINO PADILLA. (Cronkright, Michael). Modified on 10/2/2023 (zhsj). (Entered: 09/27/2023) |
| 09/27/2023 | 106 | MOTION to Appoint Counsel by JOSEPH LINO PADILLA. (Cronkright, Michael) (Entered: 09/27/2023) |
| 09/27/2023 | | NOTICE OF ERROR as to JOSEPH LINO PADILLA regarding 105 Notice (Other). The following error(s) need correction: Incorrect event. Clerk's Office will refile. (zhsj) (Entered: 10/02/2023) |
| 09/27/2023 | 108 | NOTICE OF APPEAL – Final Judgment by JOSEPH LINO PADILLA 104 Judgment. Fee Status: No Fee Paid. Parties have been notified. (zhsj) (Entered: 10/02/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | \| |
| | \|  Crim. No. 21-214 (JDB) |
| Plaintiff | \|  Hon. John D. Bates |
| v. | \| |
| | \|  **DEFENDANT'S NOTICE** |
| JOSEPH LINO PADILLA | \|  **OF APPEAL** |
| also known as "Jose Padilla," | \| |
| | \| |
| Defendant. | \| |

## <u>DEFENDANT'S NOTICE OF APPEAL</u>

NOW COMES, JOSEPH "JOSE" LINO PADILLA, by and through his attorney, Michael J Cronkright, and states that notice is hereby given that Defendant Joseph Padilla appeals his Judgement of Conviction and Sentence entered on September 13th, 2023, in the above-entitled case, to the United States Court of Appeals for the District of Columbia.

Respectfully submitted:

/s *Michael J Cronkright*
_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

/s *Michael J Cronkright*
_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▼

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. ) | |
| JOSEPH LINO PADILLA ) | Case Number: 21-cr-214-JDB |
| ) | USM Number: 31173-509 |
| ) | Michael J. Cronkright |
| ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   One(1ss), Three(3ss) through Eleven(11ss) of Second Superseding Indictment filed 4/12/2023
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers. | | 1ss |
| 18:231(a)(3) | Civil Disorder | | 3ss |
| | *** NEXT PAGE *** | | |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   Two (2ss)

☑ Count(s)   All remaining Counts   ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/13/2023
Date of Imposition of Judgment

John D. Bates   Digitally signed by John D. Bates
Date: 2023.09.18 11:53:25 -04'00'

Signature of Judge

John D. Bates, U.S. District Judge
Name and Title of Judge

9/18/2023
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   8  

DEFENDANT:   JOSEPH LINO PADILLA
CASE NUMBER:   21-cr-214-JDB

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon. | | 4ss |
| 18:231(a)(3) | Civil Disorder. | | 5ss |
| 18:1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting. | | 6ss |
| 18:1752(a)(1)and(b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon. | | 7ss |
| 18:1752(a)(2)and(b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon. | | 8ss |
| 18:1752(a)(4)and(b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon. | | 9ss |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building. | | 10ss |
| 40:5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings. | | 11ss |

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  3  of  8

DEFENDANT:   JOSEPH LINO PADILLA
CASE NUMBER:   21-cr-214-JDB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

78 months (6 years 6 months) as to each of Counts Four (4ss) and Six (6ss), 78 months (6 years 6 months) on Count One (1ss), 60 months (5 years) on each of Counts Three (3ss) and Five (5ss), 78 months (6 years 6 months) on each of Counts Seven (7ss), Eight (8ss), and Nine (9ss), and six months on each of Counts Ten (10ss) and Eleven (11ss), with credit for time served, to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   JOSEPH LINO PADILLA
CASE NUMBER:   21-cr-214-JDB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

24-month (2 year) term of supervised release, as to each of Counts One (1ss), Three (3ss), Four (4ss), Five (5ss), Six (6ss),Seven (7ss), Eight (8ss), and Nine (9ss), to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
         ☐ The above drug testing condition is suspended, based on the court's determination that you
            pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3A — Supervised Release

Judgment—Page ___5___ of ___8___

DEFENDANT: JOSEPH LINO PADILLA
CASE NUMBER: 21-cr-214-JDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____   Date _____

Judgment—Page    6    of    8

DEFENDANT:  JOSEPH LINO PADILLA
CASE NUMBER:  21-cr-214-JDB

# SPECIAL CONDITIONS OF SUPERVISION

Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: JOSEPH LINO PADILLA
CASE NUMBER: 21-cr-214-JDB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 820.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payable to the Clerk of the Court for the | | | |
| United States District Court for the District | | | |
| of Columbia for disbursement to the following | | | |
| victim: | | | |
| | | | |
| Architect of the Capital | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___8___ of ___8___

DEFENDANT:  JOSEPH LINO PADILLA
CASE NUMBER:  21-cr-214-JDB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑  Lump sum payment of $ 820.00 _____  due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with  ☐  C,   ☐  D,   ☐  E, or   ☑  F below; or

**B** ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☑  Payment in equal ___monthly___ (e.g., weekly, monthly, quarterly) installments of $ 100.00 over a period of ___20 months___ (e.g., months or years), to commence ___30 days___ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑  Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number
Defendant and Co-Defendant Names
*(including defendant number)* | Total Amount | Joint and Several
Amount | Corresponding Payee,
if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**Erica Duncan**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, September 18, 2023 11:53 AM |
| **To:** | ECFMail DCD |
| **Subject:** | Activity in Case 1:21-cr-00214-JDB USA v. PADILLA Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 9/18/2023 at 11:52 AM and filed on 9/18/2023

| | |
|---|---|
| **Case Name:** | USA v. PADILLA |
| **Case Number:** | 1:21-cr-00214-JDB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER: It is hereby ORDERED that the judgment imposed on September 13, 2023, is amended as follows: the restitution shall be paid in equal monthly installments of $100 over a period of 20 months, to commence 30 days after September 13, 2023. Signed by Judge John D. Bates on 9/18/2023. (lcjdb2)**

**1:21-cr-00214-JDB-1 Notice has been electronically mailed to:**

Juli Zsuzsa Haller     juli.haller@aflegal.org

Charles D. Tobin     tobinc@ballardspahr.com, LitDocket_East@ballardspahr.com, mendezc@ballardspahr.com, mishkinm@ballardspahr.com

Maxwell S. Mishkin     mishkinm@ballardspahr.com, LitDocket_East@ballardspahr.com

Puja Bhatia     puja.bhatia@usdoj.gov

Lauren Russell     russelll@ballardspahr.com

Edward Robert Martin, Jr     edmartin1791@gmail.com

1

Michael J. Cronkright     michael@cronkrightlaw.com

Douglas Burton Brasher     douglas.brasher@usdoj.gov

Andrew Haag     andrew.haag@usdoj.gov

**1:21-cr-00214-JDB-1 Notice will be delivered by other means to::**