UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. No. 21-214 (JDB) |
| Plaintiff | Hon. John D. Bates |
| v. | |
| JOSEPH LINO PADILLA | |
| also known as "Jose Padilla," | |
| Defendant. | |

**DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS**

NOW COMES Defendant, by and through his trial attorney, Michael J Cronkright, and requests that this Honorable Court allow him to proceed with his appeal in forma puaperis. Defendant has previously been determined by this Court to be qualified to receive and was provided court appointed counsel. See transcript to the 4/21/21 Initial Appearance in front of Magistrate Judge Faruqui.

Defendant requests that he receive appointed counsel and that the Court waive appellate filing fees.

Respectfully submitted:

/s

_____

Michael J Cronkright (P52671)

Cronkright Law, PLLC

420 W. Saginaw, Ste. J2A

Lansing, MI 48917

Phone (517) 881-4643

Michael@Cronkrightlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the **DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPEROUS** is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

Respectfully submitted:

/s

_____

Michael J Cronkright