# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3186**                  **September Term, 2023**

**1:21-cr-00214-JDB-1**

**Filed On: October 12, 2023** [2021469]

United States of America,

         Appellee

     v.

Joseph Lino Padilla, also known as Jose Padilla,

         Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                             BY:     /s/
                                               Lynda M. Flippin
                                               Deputy Clerk