UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOSEPH LINO PADILLA
also known as "Jose Padilla,"

      Defendant.

Crim. No. 21-214 (JDB)

USCA Case #23-3186

### DEFENDANT JOSEPH PADDILLA'S
### 1/15/2024 UPDATED STATUS MEMORANDUM

  NOW COMES Defendant Joseph Lino Padilla, by and through his attorney, Michael J. Cronkright, and Cronkright Law, PLLC, states:

1. The undersigned traveled to Milan Correctional Facility in Milan, MI on January 12, 2024, to determine why the CJA form 23 previously mailed to Mr. Padilla had not been returned. At that meeting, it was determined that Mr. Padilla received the form from the office of the undersigned on or about December 27, 2023; and that he completed the form and placed it in a pre-addressed envelope addressed to the offices of Cronkright Law, in Lansing, MI, and thereafter delivered it for mailing to prison officials on that same day.

2. At the time of this writing that form has not arrived at the Lansing office of the undersigned.

3. Pursuant to the Order of the District Court, the newly completed CJA form 23 is being filed on the District Court Pacer Docket.

January 15, 2024

_____

Michael J Cronkright (P52671)