CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify Below)*

**IN THE CASE OF**

United States  v.  Joseph Lino Padilla

FOR
AT

LOCATION NUMBER

**PERSON REPRESENTED** *(Show your full name)*
Joseph Lino Padilla
PO Box 1000
FCI MILAN, Milan MI

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge
District Court
Court of Appeals

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*   ☒ Felony   ☐ Misdemeanor
1512c2
1116

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?  ☐ Yes  ☒ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest?  ☐ Yes  ☒ No  ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ 1000 | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?  ☒ Yes  ☐ No
IF YES, give the total approximate amount after monthly expenses  $ ~500

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 750 | $ |
| Groceries | $ 400 | $ |
| Medical expenses | $ — | $ |
| Utilities | $ 175 | $ |
| Credit cards | $ 150 | $ |
| Car/Truck/Vehicle | $ 425 | $ 12825 |
| Childcare | $ — | $ |
| Child support | $ — | $ |
| Insurance | $ 305 | $ |
| Loans | $ — | $ |
| Fines | $ — | $ |
| Other | $ — | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

13 Jan 24
Date