AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-CR-214 JDB |
| JOSEPH LINO PADILLA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Lino Padilla.

Date: 11/01/2024

*Amanda Skinner*
Attorney's signature

Amanda Skinner, NM142771/Dist of Columbia 65155
*Printed name and bar number*

506 S. Main St., Suite 400
Las Cruces, NM 88001

*Address*

Amanda_Skinner@fd.org
*E-mail address*

(575) 527-6930
*Telephone number*

(575) 527-6933
*FAX number*