UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:21-cr-214-JDB |
| JOSEPH LINO PADILLA, | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves the Court to withdraw as a counsel of record in this matter.

Mr. Padilla noticed his appeal in this case in September 2023. ECF No. 108. From that point forward, he was represented by an attorney working with the Office of the Federal Public Defender in New Mexico. That defender entered her appearance in this case on November 1, 2024. ECF No. 122. Although undersigned counsel has not represented Mr. Padilla in connection with post-conviction litigation, counsel remains listed as counsel of record on the docket. Accordingly, as the case has now been dismissed, and as the undersigned does not currently represent Mr. Padilla, counsel requests that the Court grant this motion so the docket may accurately reflect this fact. This motion has been served upon the defendant personally. LCrR 44.5(d). Mr. Padilla has no objection to this motion.

Dated: February 4, 2025

Respectfully submitted,

/s/ Edward R. Martin, Jr.
Edward R. Martin, Jr.
10017 Park Royal Drive
Great Falls, VA 22066
Phone: (314) 606-6462
Email: edmartin1791@gmail.com

1

**Certificate of Service**

I hereby certify that on the 4th day of February, 2025, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                          */s/ Edward R. Martin, Jr.*
                                          Edward R. Martin, Jr.
                                          10017 Park Royal Drive
                                          Great Falls, VA 22066
                                          Phone: (314) 606-6462
                                          Email: edmartin1791@gmail.com